**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 3:15 p.m.** on **Friday, October 17, 2025**, and adjourned at **3:16 p.m.**

PRESENT:  Carol B. Whitehurst, Magistrate Judge, Presiding
Chrissy Craig, Minute Clerk
Recorded: Liberty Court Recorder 6
Time in Court: 1 minutes

### GRAND JURY REPORT

 X   Final Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:25-cr-000285* | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| | | |

 X   Warrants/summons ordered issued as indicated.
 *   In Federal Custody
 **   Superseding Indictment
 ***  State Custody