RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OCT 22 2025
DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:25-CR-00285-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| MAHMOUD AMIN YA'QUB AL-MUHTADI (01) | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## WAIVER OF DETENTION HEARING

Defendant, _____, after being advised of his right to a detention hearing, including the right to testify at the hearing, to present evidence, call witnesses, cross-examine the government's witnesses, proffer testimony and assert reasons why he should not be detained by federal authorities, elects to waive (give up) this right at this time [for the reason that (OPTIONAL)]: _____

_____

_____

_____.

Defendant reserves the right to request a detention hearing in the future.

Date: _____
10-22-25

_____
Defendant

_____
Witness

_____
Counsel for Defendant