**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-00285-1** |
| **VERSUS** | **JUDGE JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI** | **MAGISTRATE JUDGE WHITEHURST** |

# ORDER

Considering the Defendant's Unopposed Motion to Continue Briefing Deadlines and June 15, 2026 Hearing and for In-Person Status Conference [Doc. 49],

**IT IS HEREBY ORDERED** that the motion is GRANTED.

**IT IS FURTHER ORDERED** that the May 22, 2026 deadline for the defendant's opposition to the government's Motion in Limine to Admit Battlefield Evidence [Doc. 45] is continued pending further order of the Court.

**IT IS FURTHER ORDERED** that the May 29, 2026 deadline for the government's reply to the defendant's opposition is continued pending further order of the Court.

**IT IS FURTHER ORDERED** that the June 15, 2026 evidentiary hearing on the government's Motion in Limine to Admit Battlefield Evidence [Doc. 45] is continued pending further order of the Court.

**IT IS FURTHER ORDERED** that an in-person status conference will be schedule by further order of the court, at which the parties shall be prepared to address the pending legal issues in the case and discuss the appropriate scheduling order going forward.

THUS, DONE AND SIGNED in Chambers on this 18th day of May 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT COURT