UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MAHMOUD AMIN YA'QUB AL-MUHTADI,

Defendant

6:25-CR-00285
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**ORDER**

After considering the Motion to Substitute Counsel filed in the captioned matter,

IT IS HEREBY ORDERED that Zoe Bedell be withdrawn as counsel of record in the above-captioned matter for the United States of America.

IT IS FURTHER ORDERED THAT Elizabeth J. Shapiro, Trial Attorney, be enrolled as additional counsel of record in the above-captioned matter for the United States of America.

Done and signed on this 11th day of June 2026, in Lafayette, Louisiana.

HON. CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE