**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-00285-1** |
| **VERSUS** | **JUDGE JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI** | **MAGISTRATE JUDGE WHITEHURST** |

**DEFENDANT'S SECOND MOTION FOR A BILL OF PARTICULARS**

NOW INTO COURT, through undersigned counsel, comes the defendant, Mahmoud Amin Ya'qub Al-Muhtadi, who, for the factual and legal reasons set forth in the accompanying memorandum in support, respectfully moves this Court under Federal Rule of Criminal Procedure 7(f) to direct the government to file a bill of particulars providing the information contained in the proposed order. The superseding indictment returned June 17, 2026 [Doc. 60] restructured this case from two counts to four and mooted the defendant's first motion for a bill of particulars [Doc. 54]. This motion is directed to the superseding indictment.

RESPECTFULLY SUBMITTED,

CRISTIE GAUTREAUX GIBBENS
Federal Public Defender

BY: *s/ Dustin C. Talbot*
DUSTIN C. TALBOT
First Assistant / Appellate Chief

*s/ Aaron A. Adams*
AARON A. ADAMS

Assistant Federal Public Defender
Federal Public Defender's Office
Middle and Western Districts of Louisiana
102 Versailles Boulevard, Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

***s/ Dustin C. Talbot***