UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-00285-1 |
| VERSUS | JUDGE JOSEPH |
| MAHMOUD AMIN YA'QUB AL-MUHTADI | MAGISTRATE JUDGE WHITEHURST |

**DEFENDANT'S OMNIBUS MOTION TO COMPEL SPECIFIC DISCOVERY**

NOW INTO COURT comes the defendant, Mahmoud Al-Muhtadi, through undersigned counsel, who respectfully moves the Court under Federal Rule of Criminal Procedure 16(a)(1)(B), (E), (F), and (G), *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and the Fifth and Sixth Amendments, for an order compelling the government to answer the defendant's First Request for Specific Discovery (Doc. 47) and Second Request for Specific Discovery (Doc. 70). The government's written responses of June 8, 2026 and July 6, 2026 are attached as Exhibits B and C.

The defense has focused this request on discovery that is material to the preparation of the defense and that only the government possesses or controls. It does not ask the Court to compel the disclosure of any classified information. Where the government has deferred a category to the Classified Information Procedures Act, the defendant preserves his entitlement on that track, as the accompanying memorandum explains; but as to the materials held by the government of Israel and

by the private carriers that gathered and processed this evidence in cooperation with and at the direction of the United States, the defendant asks the Court to compel production. A request-by-request schedule showing what the government produced, what it ignored, and what it deferred to CIPA is attached, as a demonstrative aid, at Exhibit A.

The defendant relies on the accompanying memorandum in support and asks the Court to order the relief set out in the proposed order submitted herewith. The defendant requests oral argument and an evidentiary hearing on the motion should the Court determine that would be helpful to the resolution.

RESPECTFULLY SUBMITTED,

CRISTIE GAUTREAUX GIBBENS
Federal Public Defender

BY: *s/ Dustin C. Talbot*
DUSTIN C. TALBOT
First Assistant / Appellate Chief

*s/ Aaron A. Adams*
AARON A. ADAMS
Assistant Federal Public Defender
Federal Public Defender's Office
Middle and Western Districts of Louisiana
102 Versailles Boulevard, Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Dustin C. Talbot*