**United States Department of Justice**

***United States Attorney's Office***
***Western District of Louisiana***

*Tom Stagg United States Courthouse*
*300 Fannin Street, Suite 3201*
*Shreveport, Louisiana 71101*
*Phone: (318) 676-3600*
*Fax: (318) 676-3641*

*John M. Shaw United States Courthouse*
*800 Lafayette Street, Suite 2200*
*Lafayette, Louisiana 70501*
*Phone: (337) 262-6618*
*Fax: (337) 262-6682*

June 8, 2026

**via email**

Dustin Talbot, Assistant Federal Public Defender
Cristie Gibbens, Federal Public Defender
Aaron Adams, Assistant Federal Public Defender
Federal Public Defender's Office
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501

RE: *Government's Response to Defendant's First Request for Specific Discovery: Battlefield Documents & Expert Witness Materials* [Doc. 47], *United States v. Al-Muhtadi*, 6:25-cr-00285

Dear Mr. Talbot:

The Government acknowledges and continues to abide by its ongoing discovery obligations. Furthermore, many of the requested items will be addressed in the Government's CIPA filings. We have also agreed to provide unredacted copies of Exhibits 2 and 3. Please see the following responses to some of your other specific requests.

1. Chain of custody: the Government has provided all chain of custody documents in its possession. Furthermore, a chain of custody description as to the battlefield documents is provided in our expert notice filing and motion in *limine*. [Defense Request II.A].
2. Identity of the declarants: the author of the documents is provided on the documents themselves. As to the report which obscures the identities of the others involved in the mortar attacks, the Government can provide an unredacted copy upon request. [Defense Request II.B].



DEFENDANT'S EXHIBIT
B

3. We do anticipate providing professional credentials for the FBI linguists in an expert notice. You have the documents in the original Arabic. As to Item 12, there were no interactions between Avi and the interpreters. [Defense Request II.D].
4. The use of pseudonyms for Government witnesses will be addressed in the Government's public filing for security measures and in the Government's CIPA motion. [Defense Request II.E].
5. The Government is preparing to turn over Avi's transcripts from the *Holy Land* trial. [Defense Request II.E].
6. The date on which Al-Muhtadi first became a target of an investigation is addressed in the Complaint affidavit, and related serials that have been turned over in discovery. [Defense Request II.I.32].
7. The Defendant has not been the subject of FISA collections or Title III surveillance. [Defense Request II.I.33].
8. Undercover interactions with the Defendant have been turned over in discovery. [Defense Request II.I].

Very truly yours,

ZACHARY A. KELLER
United States Attorney

*John W. Nickel*
JOHN W. NICKEL
Assistant United States Attorney
Western District of Louisiana

ELIZABETH J. SHAPIRO
U.S. Department of Justice

D. ANDREW SIGLER
Trial Attorney
Counterterrorism Section
U.S. Department of Justice