**United States Department of Justice**

***United States Attorney's Office***
***Western District of Louisiana***

*Tom Stagg United States Courthouse*
*300 Fannin Street, Suite 3201*
*Shreveport, Louisiana 71101*
*Phone: (318) 676-3600*
*Fax: (318) 676-3641*

*John M. Shaw United States Courthouse*
*800 Lafayette Street, Suite 2200*
*Lafayette, Louisiana 70501*
*Phone: (337) 262-6618*
*Fax: (337) 262-6682*

July 6, 2026

**via email**

Dustin Talbot, Assistant Federal Public Defender
Cristie Gibbens, Federal Public Defender
Aaron Adams, Assistant Federal Public Defender
Federal Public Defender's Office
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501

RE: *Government's Response to Defendant's Second Request for Specific Discovery: Audio Recordings and Cell-Site Location Data* [Doc. 70], *United States v. Al-Muhtadi*, 6:25-cr-00285

Dear Mr. Talbot:

The Government acknowledges and continues to abide by its ongoing discovery obligations. Below are the responses to the matters raised in your June 18, 2026, request for specific discovery addressing audio recordings and cell-site location data [Doc. 70].

As an initial matter, regarding footnote two of the discovery request and as noted during the May 27, 2026, status hearing: the Government has never represented that there are no classified documents in this case. There are a number of classified documents that will be addressed in CIPA litigation, but there is no classified discovery in this case. Because there is no classified discovery, there is no need for members of the defense team to obtain security clearances. The Government now turns to the matters raised in the discovery request.

DEFENDANT'S
EXHIBIT
C

1. Audio recordings. The government has turned over to the defense all audio recordings in its possession. You can expect to receive in the next tranche of ongoing discovery a 302 from an Israeli witness interviewed in May 2026 that addresses the six audio recordings cited in the criminal complaint and turned over to the defense. That 302 is currently being declassified. Otherwise, the topic of audio recordings will be addressed in CIPA litigation.

2. Cell-site and location data. Other than matters that will be addressed in CIPA litigation, the Government has turned over to the defense the cell-site and location data in its possession, including Serial 320/Bates FBI-463126 and Serial 468/Bates FBI 464246. As to Serial 468/Bates FBI-464246, there were no substantive redactions to the document, only standard redactions pursuant to FBI protocols. If there is a particular redaction that you take issue with, please let us know. Pursuant to the schedule set by the Court in its order of June 18, 2026 [Doc. 66], the Government will file an Expert Disclosure for an FBI Cellular Analysis Survey Team ("CAST") witness no later than September 4, 2026.

Very truly yours,

ZACHARY A. KELLER
United States Attorney

*John W. Nickel*
JOHN W. NICKEL
Assistant United States Attorney
Western District of Louisiana

ELIZABETH J. SHAPIRO
U.S. Department of Justice

D. ANDREW SIGLER
Trial Attorney
Counterterrorism Section
U.S. Department of Justice