UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:25-CR-00285-01 |
|---|---|
| | * |
| v. | * JUDGE JOSEPH |
| | * MAGISTRATE JUDGE WHITEHURST |
| MAHMOUD AMIN YA'QUB AL-MUHTADI a/k/a "Abu Ala," | * |
| Defendant | |

**PENALTY SHEET**

Below is a list of the charges filed against the defendant, MAHMOUD AMIN YA'QUB AL-MUHTADI who is scheduled for an initial appearance/arraignment on July 9, 2026, at 3:00 p.m. before Magistrate Judge Whitehurst.

| COUNT: | CHARGE: | MAXIMUM PENALTY: |
|---|---|---|
| 1 | 18 U.S.C. § 2339B(a)(1)<br><br>Conspiracy to Provide Material Support to Designated Foreign Terrorist (Resulting in Death) | **PRISON:** Imprisonment for any term of years or for life, pursuant to 18 U.S.C. § 2339B(a)(1);<br><br>**FINE:** Not more than $250,000.00, per 18 U.S.C. § 3571;<br><br>**SUPERVISED RELEASE:** Any term of years or life supervised release, pursuant to 18 U.S.C. § 3583(j);<br><br>**SPECIAL ASSESSMENT:** $100.00, per 18 U.S.C. § 3013(a)(2). |
| 2 | 18 U.S.C. § 2339B(a)(1)<br><br>Providing Material Support to Designated Foreign Terrorist Organization (Resulting in Death) | **PRISON:** Imprisonment for any term of years or for life, pursuant to 18 U.S.C. § 2339B;<br><br>**FINE:** Not more than $250,000.00, per 18 U.S.C. § 3571;<br><br>**SUPERVISED RELEASE:** Any term of years or life supervised release, pursuant to 18 U.S.C. § 3583(j); |

| | | |
|---|---|---|
| | | **SPECIAL ASSESSMENT:** $100.00, per 18 U.S.C. § 3013(a)(2). |
| 3 | 18 U.S.C. § 1546(a)<br>Visa Fraud | **PRISON:** Not more than ten (10) years imprisonment, pursuant to 18 U.S.C. § 1546(a);<br><br>**FINE:** Not more than $250,000.00, per 18 U.S.C. § 3571(b)(3);<br><br>**SUPERVISED RELEASE:** Not more than three (3) years, pursuant to 18 U.S.C. § 3583(b)(2);<br><br>**SPECIAL ASSESSMENT:** $100.00, per 18 U.S.C. § 3013. |
| 4 | 18 U.S.C. § 1001(a)(2)<br>False Statement within the Jurisdiction of an Agency of the United States (Involving International Terrorism) | **PRISON:** Not more than eight (8) years imprisonment, pursuant to 18 U.S.C. § 1001;<br><br>**FINE:** Not more than $250,000.00, per 18 U.S.C. § 3571(b)(3);<br><br>**SUPERVISED RELEASE:** Not more than three (3) years, pursuant to 18 U.S.C. § 3583(b)(2);<br><br>**SPECIAL ASSESSMENT:** $100.00, per 18 U.S.C. § 3013. |
| | FORFEITURE ALLEGATION | 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c) |