UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MAHMOUD AMIN YA'QUB AL-MUHTADI,

    Defendant

_____/

CRIMINAL NO.  6:25-CR-00285
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**GOVERNMENT'S FIRST NOTICE OF INTENT TO OFFER SELF-
AUTHENTICATING RECORDS PURSUANT TO
FEDERAL RULES OF EVIDENCE 902 & 803 AND 18 U.S.C. § 3505**

The United States of America, by and through its undersigned counsel, hereby notifies the defense of its intent to introduce evidence subject to authentication procedures set forth in Title 18, United States Code, Section 3505 and Federal Rule of Evidence ("Rule") 902(4) and (11), as well as the hearsay exceptions set forth in Rule 803(6) and (8). The Government attaches the certifications to this Notice and will notify the defense of the trial exhibits subject to these authentication procedures and hearsay exceptions at the time it discloses its exhibit list.

**RELEVANT BACKGROUND**

The Defendant is being prosecuted for his role in the October 7 terrorist attacks in Israel and the visa fraud he perpetrated to enter the United States, *see* [Doc. 60], with the Defendant's participation described in the criminal complaint affidavit, *see* [Doc. 1-1]. We proceed to trial before this Court on January 25, 2027. *See* [Doc. 66].

While investigating the Defendant, the Government secured search warrants and issued subpoenas for records relating to a variety of business entities, with the

investigation continuing after his arrest and ongoing still. At trial, the Government intends to introduce documents secured through these forms of process, with the records subject to self-authentication and hearsay exception principles set forth in this Notice.

### **NOTICE**

As a general matter, "valid Rule 902(11) certificates are sufficient for admissibility," *United States v. Age*, 136 F.4th 193, 226 (5th Cir. 2025), and business records "are not testimonial because they were created in the ordinary course of business, not for the purpose of establishing or proving some fact at trial," *id.* (quotations omitted). The same is true of public records. *See, e.g., United States v. Lopez-Moreno*, 420 F.3d 420, 436-37 (5th Cir. 2005). As such, the Government hereby notifies the defense of its intent to introduce evidence authenticated by the record custodian certificates attached to this Notice at trial, with the admissibility of that evidence grounded in the law set forth below.[1]

1. **The Domestic Business Records the Government Intends to Introduce Are Self-Authenticating Under Rule 902(11) and Subject to Hearsay Exception.**

Rule 902(11) allows the Government to introduce Google and social media account information, emails, and phone records, among other documents, as self-authenticated records through business record certificates. Rule 803(6) provides the

---

[1] The attached exhibits have been previously disclosed in discovery, and the Government's discovery letters inform the defense of the Government's intention to use foreign records, pursuant to 18 U.S.C. § 3505, and domestic records, pursuant to Federal Rule of Evidence 902.  The purpose of this filing is to alert the defense as to the types of evidence it intends to use at trial.

means of its admissibility as a matter of hearsay exception as well: (A) "the record was made at or near the time by—or from information transmitted by—someone with knowledge," (B) "the record was kept in the course of a regularly conducted activity of a business," and (C) "making the record was a regular practice of that activity." Fed. R. Evid. 803(6).[2]  The touchstone of admissibility under the business records exception is reliability, and a trial judge has broad discretion to determine the admissibility of such evidence. *See United States v. Duncan*, 919 F.2d 981, 986 (5th Cir. 1990).

The following records are business records subject to these principles that the Government has produced in discovery and intends to present as evidence at trial:

- Google LLC account records from the account "ma22mahmoud22@gmail.com," whose certificate of authentication is attached as **Exhibit A**.

- Google LLC account records from the account "nanagazzawi.97@gmail.com," whose certificate of authentication is attached as **Exhibit B**.

- Meta Platforms, Inc. account records from the account "40321594910," associated with the Defendant, Mahmoud Al-Muhtadi, whose certificate of authentication is attached as **Exhibit C**.

- Meta Platforms, Inc. account records from the account "40919085907," associated with the Defendant's wife, Nieama Al-Ghazzawi, whose certificate of authentication is attached as **Exhibit D**.

---

[2] Of course, records such as emails may contain hearsay within hearsay, which would need to be subject to its own exception.

- Meta Platforms, Inc. account records from the account "100009527833050," associated with the Facebook account of Defendant's business Salt3 Burger, whose certificate of authentication is attached as **Exhibit E**.

- Meta Platforms, Inc. account records from the account "100089637136932," associated with the Facebook account of Defendant's business Salt3 Burger, whose certificate of authentication is attached as **Exhibit F**.

- GoFundMe, Inc. account records pertaining to Nieama Al-Ghazzawi's GoFundMe posting "Rebuilding Our Lives," whose certificate of authentication is attached as **Exhibit G**.

2. **The Foreign Business Records the Government Intends to Introduce Are Self-Authenticating and Subject to Hearsay Exception Pursuant to 18 U.S.C. § 3505.**

The Government's introduction of documents provided by the Israeli corporation Cellcom Israel Ltd. is governed by 18 U.S.C. § 3505. Section 3505(a)(1) provides that foreign records of a regularly conducted activity "shall not be excluded as evidence by the hearsay rule if a foreign certificate attests" (1) that the record was made "at or near the time of the occurrence," (2) that it was "kept in the course of a regularly conducted activity," (3) that "the business activity made such a record as a regular practice," and (4) that the record "is a duplicate of the original." Section 3505(a)(2) further provides that "[a] foreign certification under this section shall authenticate such record or duplicate," and Section 3505(b) permits a party to offer "a foreign record of regularly conducted activity [with] written notice of that intention to each other party." 18 U.S.C. § 3505(b).

4

Pursuant to Section 3505, the Government intends to offer records provided by Cellcom Israel Ltd., namely the cellphone data attached to the certificate, as records attested to by the certificate attached as **Exhibit H**.

**3. The Public Records the Government Intends to Introduce Are Self-Authenticating and Subject to Hearsay Exception.**

Finally, the Government intends to introduce Department of State visa records subject to Rule 902(4) as certified copies of domestic public documents, with these records further subject to hearsay exception pursuant to Rule 803(8). The certification for these records is attached as **Exhibit I**.

## CONCLUSION

With this Notice, the defense is now apprised of records the Government intends to use that are subject to self-authentication parameters as set forth above. The Government respectfully requests that the defense should inform the Government of any objection relating to these certificates promptly. The Government reserves the right to supplement this disclosure with subsequent notices concerning other self-authenticating records.

Dated: July 28, 2026

Respectfully submitted,

ZACHARY A. KELLER
UNITED STATES ATTORNEY

By:     */s/ Zachary A. Keller*
ZACHARY A. KELLER
JOHN W. NICKEL
U.S. Attorney's Office – WDLA
Special Bar No. 803262 (Keller)
LA Bar No. 37819 (Nickel)
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501

Tel: (337) 262-6618
Email: Zachary.keller@usdoj.gov

ELIZABETH J. SHAPIRO
D.C. Bar No. 418925
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov

D. ANDREW SIGLER
Ala. Bar No. 5175-I72D
Trial Attorney, Counterterrorism Section
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: 202-514-0849
Email: Andrew.sigler@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Zachary A. Keller*
Zachary A. Keller
United States Attorney

6