# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

GOVERNMENT EXHIBIT
E

I, Jasmine Perez, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the “Company”), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on May 27, 2025 in this matter in response to the Search Warrant received on May 23, 2025. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100009527833050.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Jasmine Perez

Date: May 27, 2025

Jasmine Perez
Custodian of Records