GOVERNMENT EXHIBIT
G

# CERTIFICATION OF RECORDS

I, Diane Gonzalez, certify that:

1. I am a custodian of records for GoFundMe, Inc. ("GoFundMe") and have personal knowledge of the facts contained herein.

2. I have provided the records pertaining to: "Rebuilding Our Lives: A Journey from Loss to Hope" organized by Nieama Alghazzawi on behalf of Mohammed Sadi.

3. These records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters.

4. These records were kept in the course of the regularly conducted business activity at or near the time of the acts, conditions or events to which they relate; and

5. These records were made in the ordinary course of business of GoFundMe through automated activity conducted as part of a regular practice.

6. If called as a witness, I could testify competently under oath concerning these facts.

Diane Gonzalez

Signature

05/30/2025

Date