GOVERNMENT
EXHIBIT

H

Form A

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, _Ron Abrahami_ (name), attest on penalty of criminal punishment for false statement or attestation that I am employed by

_Cellcom Israel Ltd. under a service agreement_

(Name of business from which documents are sought)

and that my official title is _Engineer_ (Official title). I further state that each of the records attached hereto is the original or a duplicate of the original record in the custody of

_Cellcom Israel Ltd._ (Name of business from which documents are sought).

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth by a person with knowledge, or from information transmitted by a person with knowledge, of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if any such record is not the original, it is a duplicate of the original.

_November 9 2025_                  _Abrahami Ron_

(Date)                                        (Signature)

Sworn to or affirmed before me, _Ophra Haekman adv._ (name), a judicial officer, this ___9___ day of _November_, 20_25_.

FBI-463215