United States Department of State
Washington, D.C. 20520

GOVERNMENT
EXHIBIT
I

RE: Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State

I, Larry W. Talbott hereby declare under penalty of perjury:

I am Deputy Director with the Office of Information Management and Liaison within the Visa Office of the Bureau of Consular Affairs, U.S. Department of State. I am authorized to certify the authenticity of visa records for the Bureau of Consular Affairs, including the visa records from the Consular Consolidated Database. The Consular Consolidated Database contains records of U.S. visa applications since 1997.

The attached documents are true, accurate and complete copies of the information contained in the Consular Consolidated Database maintained by the U.S. Department of State, Bureau of Consular Affairs, for the immigrant visa application submitted by **Mahmoud A Y Almuhtadi** (Date of Birth **November 2, 1991**) and adjudicated at the U.S. Embassy in **Cairo** (Case ID **CRO2024158021**). This record was made from the information provided by the visa applicant at or near in time to when that information was transmitted to the Department of State. The record was kept pursuant to the Department of State's procedures for the adjudication and retention of visa applications and was made as part of a regular practice.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
September 25, 2025

Larry W. Talbott

Larry W. Talbott

[redacted]