**United States Department of Justice**

***United States Attorney's Office***
***Western District of Louisiana***

*Tom Stagg United States Courthouse*
*300 Fannin Street, Suite 3201*
*Shreveport, Louisiana 71101*
*Phone: (318) 676-3600*
*Fax: (318) 676-3641*

*John M. Shaw United States Courthouse*
*800 Lafayette Street, Suite 2200*
*Lafayette, Louisiana 70501*
*Phone: (337) 262-6618*
*Fax: (337) 262-6682*

September 2, 2026

**VIA E-MAIL and CM/ECF**

Aaron Adams
Dustin Talbot
Christy Gibbens
Federal Public Defender's Office
102 Versailles Blvd, Suite 816
Lafayette, Louisiana 70501

RE: United States v. al-Muhtadi
Criminal No. 6-25-cr-00285-01
Expert Witness Disclosure: Professor Bruce Hoffman

Dear Mr. Adams, Mr. Talbot, and Ms. Gibbens:

The United States hereby provides notice under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure ("FRCrP") and Rules 702, 703, and 705 of the Federal Rules of Evidence ("FRE") that it intends to call the following expert in its case-in-chief at trial.

**Professor Bruce Hoffman**

Professor Hoffmann is an expert in terrorism. He is a tenured professor at Georgetown University's Walsh School of Foreign Service, where he served as director of the Center for Security Studies and the Security Studies Program from 2010 to 2017. Professor Hoffman earned his master's and doctoral degrees in international relations at the University of Oxford and has studied terrorism and counterterrorism for 50 years. He previously served as George H. Gilmore Senior Fellow at the United States Military Academy's Combating Terrorism Center from 2004-2024. He is also a Professor Emeritus of Terrorism Studies at St. Andrews University. Professor Hoffman is the series editor of the Columbia University Press series *Columbia*

*Studies in Terrorism and Irregular Warfare* and since 1997 has been the editor-in-chief of *Studies in Conflict & Terrorism*, which is ranked by Google Scholar as the leading scholarly journal in the field. From 2018 to the present, he has served as the Shelby Cullom and Kathryn W. Davis Senior Fellow for Counterterrorism and Homeland Security at the Council on Foreign Relations. He is the author of numerous books on terrorism studies, including the leading academic work, *Inside Terrorism* (Columbia University Press, 3d ed. 2017). For his contributions to the study of terrorism, St. Andrews University has awarded Professor Hoffman the honorary degree of Doctor of Letters.

Professor Hoffman's terrorism expertise includes the subject of Palestinian terrorism. The topic is addressed extensively in *Inside Terrorism,* including one chapter dedicated to the topic, half of another chapter addressing HAMAS and suicide terrorism, and treatment of the topic in four other chapters. His works addressing Palestinian terrorism also include the book *Anonymous Soldiers: The Struggle for Israel, 1917-1947* (Knopf, 2015), and numerous articles in scholarly journals and other publications. Among these are, "From Einsatzgruppen to Hamas: A Historical Continuum of Mobile Mass Murder," Irregular Warfare Initiative, U.S. Military Academy, October 31, 2023 (co-authored); "Israel's 9/11? How Hamas Terrorism Attacks Will Change the Middle East," War on the Rocks, October 10, 2023; "How Much of a Threat Does Hamas Still Pose to Israel?" cfr.org, June 14, 2024; "How the spectacle of Palestinian terrorism changed the world," The Hill, March 27, 2024 (co-authored); "Understanding Hamas's Genocidal Ideology," The Atlantic, October 10, 2023; Israel's War on Hamas: What to Know," cfr.org In Brief, October 9, 2023; and "The Logic of Suicide Terrorism," The Atlantic Monthly, Vol. 291, no. 5, June 2003. These and numerous other articles are listed with citations in Professor Hoffman's *curriculum vitae.*

Professor Hoffman previously testified as an expert in terrorism on March 30, 2022, in *United States v. El-Sheikh,* E.D.Va. Case No. 20-cr-00239. He more recently testified as an expert in terrorism on April 20, 2026 in *United States v. Sharifullah,* E.D.Va. Case No. 25-cr-00143. A transcript of Professor Hoffman's testimony in *ElSheikh* is attached. Given that Sharifullah has yet to be sentenced, no transcript of the trial has been produced. However, the prosecution team has ordered Professor Hoffman's testimony in *Sharifullah* from the court reporter, and the transcript will be produced to the defense as soon as it is received. These are the only two other cases in which, during the previous four years, Professor Hoffman has testified as an expert at trial or by deposition.

The United States anticipates that Professor Hoffman's testimony will cover the following topics:

- Terrorism as a general concept, providing a definition and historical background as it relates to Palestine and HAMAS;

- The role propaganda plays in terrorist organizations spreading their ideology, recruiting new members, and inform their current membership, as well as the importance of the accuracy of propaganda and the ways that terrorist organizations police misinformation such as people claiming credit for acts they did not commit;
- Terrorist groups' use of insignia to indicate membership, the importance of those insignia, and the groups' policing of people fraudulently using their insignia;
- Designated foreign terrorist organizations and specially designated global terrorists under United States law;
- A brief history of the State of Israel, including wars aimed at its destruction and Israel's ongoing struggle with terrorist groups that also call for its destruction;
- HAMAS as a designated foreign terrorist organization that engages in terrorism and terrorist activity; HAMAS's 1988 charter and more recent addendum and the tactics it employs to bring about its stated goal of destroying the State of Israel; its role as the *de facto* governing authority of Gaza since 2007;
- Terrorist violence in Israel during the first and second *intifadeh;*
- The Democratic Front for the Liberation of Palestine ("DFLP")'s history and ideology, as well as its relationship to HAMAS.
- The DFLP's military wing, the National Resistance Brigades ("NRB") and its relationship to HAMAS's military operations.
- The insignia and propaganda operations of HAMAS, the DFLP, and the NRB;
- The Joint Operations Room, through which HAMAS coordinates military action with subordinate paramilitary factions in Gaza, including with the DFLP and NRB;
- The HAMAS-led attacks on Israel on October 7, 2023, including the first wave carried out by elite *nukhba* terrorists, the general call to arms issued early on the morning of October 7 by HAMAS official Mohammed Deif, as well as the second wave of attacks carried about by such factions as the DFLP / NRB;
- Professor Hoffman will describe the scale of the October 7 attacks and how they were carried out using photographs, videos, and demonstrative exhibits during his testimony, including with respect to the October 7 attacks occurring in Kfar Aza and Nahal Oz and the indicia that HAMAS and NRB were involved in the attacks, including respecting videos capturing attackers wearing green and red headbands;
- How HAMAS and other factions used social media to claim credit for the attacks of October 7, 2023;
- The DFLP and NRB, including its history, prior acts of terrorist violence, and its participation in the HAMAS-led attacks on Israel on October 7, 2023.

Professor Hoffman will base the majority of his testimony on the education, training, experience, and research that he has received or conducted, as previously described.

The United States asserts that this notice and the *curriculum vitae* and transcripts enclosed satisfy the requirements of FRCrP 16(a)(1)(G). If, after reviewing this notice and the referenced documents, the defendant requests further information or has concerns under Rule 16, the United States requests the defendant advise as to what further information is necessary to prepare for trial.

The United States reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the experts to amend or adjust their opinions and bases therefore, based on information perceived by or made known to the experts before or during trial.

Pursuant to FRCrP 16(a)(1)(G)(v), Professor Hoffman has reviewed the above and by his signatures approve the disclosure on this the 2nd day of September, 2026.

Very truly yours,

ZACHARY A. KELLER
United States Attorney

*s/ John W. Nickel*
JOHN W. NICKEL
Assistant United States Attorney
Western District of Louisiana

I have reviewed and approved this expert disclosure in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G)(v)

Bruce Hoffman