UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

MAHMOUD AMIN YA'QUB AL-MUHTADI,

Defendant

CRIMINAL NO. 6:25-CR-00285
JUDGE JOSEPH
MAGISTRATE JUDGE WHITEHURST

**CERTIFICATE OF AUTHENTICITY OF SIX PHONE CALLS**

I, "Maya," make this declaration on penalty of criminal punishment for false statements or attestations under Israeli law.

1. My identity is classified under Israeli law, and "Maya" is a pseudonym. I am employed by the Israeli Security Agency ("ISA"), where I have worked since 2017. I am fluent in Arabic. This Certificate was translated into Hebrew for me by ISA personnel fluent in English and Hebrew before I reviewed the contents of the Certificate.

2. Since 2020, I have served ISA on the Gaza desk, which monitors, translates, and keeps records of certain phone calls that are intercepted and maintained by the ISA pursuant to regular programs established in accordance with Israeli law.

3. I currently serve as a manager on the Gaza desk, supervising the team responsible for the previously described lawful phone call interception service, and I have served in this role since 2023. From 2020 to 2023, I worked as a "listener" on the same Gaza team that I now supervise. As a listener, it was my job to listen to intercepted calls and prepare Hebrew translations (sometimes these were word-for-word translations, other times they were summaries) of the intercepted calls from Arabic.

4. Through my work as a listener and manager on the Gaza desk, I have become familiar with the means used to monitor, intercept, and maintain certain phone calls by ISA, and I have found those means to produce an accurate result at the time and date of their interception.

5. In my role as a manager of the Gaza team, I oversee the team that intercepted and maintained six phone calls made on October 7, 2023, by the phone number 972-59-882-4855 that were intercepted in accordance with Israeli law.

6. The six calls in question were intercepted on the morning of October 7 at approximately the following times (local to Israel and Gaza):

- 8:12 a.m.
- 8:42 a.m.
- 8:55 a.m.
- 9:07 a.m.
- 9:10 a.m.
- 9:33 a.m.

7. I am familiar with these six recordings, and the word-for-word Hebrew translations that were prepared by a member of my team that I supervise, and I attest that they are true and accurate copies of phone calls intercepted on October 7, 2023, pursuant to a previously described lawful phone call interception service , on the phone number 972-59-882-4855 at the times above stated, and maintained in the ordinary course of business by the ISA. The calls have not been altered in any way by the ISA.

10/9/2026 — Date

Maya — Signature – "Maya"

**Certification**

I hereby certify that on September 10th 2026, the person known as "Maya" appeared before me with official identification and, after she was warned that it was incumbent on her to tell the truth and that she would be he would be liable to the punishments determined by law if she does not do so, certified the contents of this

business record certification to be correct to the best of her knowledge and belief and signed it.

Attorney

Signature