# GOVERNMENT EXHIBIT 2

## GOVERNMENT'S MOTION *IN LIMINE TO AUTHENTICATE SIX INTERCEPTED PHONE CALLS*

**[SEE ATTACHED FILE TITLED "8.12am Call"]**