# GOVERNMENT EXHIBIT 3

## GOVERNMENT'S MOTION *IN LIMINE TO AUTHENTICATE SIX INTERCEPTED PHONE CALLS*

**[SEE ATTACHED FILE TITLED "8.42am Call"]**