# GOVERNMENT EXHIBIT 4

## GOVERNMENT'S MOTION *IN LIMINE TO AUTHENTICATE SIX INTERCEPTED PHONE CALLS*

**[SEE ATTACHED FILE TITLED "8:55am Call"]**