# GOVERNMENT EXHIBIT 6

## GOVERNMENT'S MOTION *IN LIMINE TO AUTHENTICATE SIX INTERCEPTED PHONE CALLS*

**[SEE ATTACHED FILE TITLED "9:10am Call"]**