**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-00285-1** |
| **VERSUS** | **JUDGE JOSEPH** |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI** | **MAGISTRATE JUDGE WHITEHURST** |

---

**DEFENDANT'S MOTION UNDER RULE 12(b)(3)(B)(v) TO DISMISS COUNTS 3 AND 4 OF THE SUPERSEDING INDICTMENT AS IMPERMISSIBLE EXTRATERRITORIAL APPLICATIONS OF 18 U.S.C. § 1546(a) AND 18 U.S.C. § 1001**

---

NOW INTO COURT comes the defendant, Mahmoud Al-Muhtadi, through undersigned counsel, who, for the reasons set forth in the accompanying memorandum in support, respectfully moves the Court under Federal Rule of Criminal Procedure 12(b)(3)(B)(v) to dismiss Counts 3 and 4 of the superseding indictment for failure to state an offense, because each count is an impermissible extraterritorial application of 18 U.S.C. § 1546(a) and 18 U.S.C. § 1001.

RESPECTFULLY SUBMITTED,

CRISTIE GAUTREAUX GIBBENS
Federal Public Defender

BY: *s/ Dustin C. Talbot*
DUSTIN C. TALBOT
First Assistant / Appellate Chief

*s/ Aaron A. Adams*
AARON A. ADAMS
Assistant Federal Public Defender
Federal Public Defender's Office
Middle and Western Districts of Louisiana
102 Versailles Boulevard, Suite 816
Lafayette, Louisiana 70501
Telephone: (337) 262-6336

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Dustin C. Talbot*