# Bridget Prince

+44 7972 061055 · bridgetprince@oneworldresearch.com

## SUMMARY

Accomplished investigator with extensive experience in international investigations and human rights research. Proven expertise in planning and leading complex investigations for organisations such as the United Nations, Justice Rapid Response, and One World Research. Adept at gathering and analyzing evidence in conflict-affected areas, including through sensitive interviews with survivors of SGBV and former child soldiers. Licensed Private Investigator with knowledge of international criminal law, human rights frameworks, and gender-sensitive investigative practices. Strong facilitator and trainer in investigative methodology, with a focus on gender mainstreaming and survivor-centered approaches.

## EXPERIENCE

***Director/Investigator, 01/2007 – Current***
***One World Research* (www.oneworldresearch.com)**

- Lead the strategic and operational management of a global human rights investigation project, overseeing complex international cases involving war crimes, human rights violations, and other violations of domestic and international law.
- Responsible for planning and supervising international investigations managing diverse teams of investigators working in conflict and post-conflict zones including Somalia, Afghanistan, Iraq, and Mali.
- Conduct field missions to countries such as Yemen, Pakistan, Ethiopia, India, Tajikistan, Russia, and Kenya to gather evidence, interview witnesses, and conduct contextual research.
- Prepare evidentiary materials for court submission, draft witness statements, and deliver testimony in legal proceedings.
- Provide high-level consultancy to legal teams, human rights organizations, and civil society actors on investigation, evidence strategy, case-building, and litigation support.
- Notable Investigations:
  - *Torture and Detention* – multiyear investigation into the rendition and torture of individuals held by the CIA tracking places of detention and treatment for strategic litigation and other accountability efforts.
  - *Deportation and Extradition* – investigations for legal teams of individuals facing return/extradition to collect evidence of risk of detention and torture, including missions to Algeria, Ethiopia and Tajikistan.
  - *Piracy* – investigation for legal teams of men brought to the US from Somalia including of one individual facing the death penalty for charges of piracy and murder.
  - *Targeted Drone Strikes in Yemen* – on-the-ground investigations collecting video footage and witness interviews of drone strikes used in report by Special Rapporteur.

## SKILLS

**Basic French Language Skills**
Conversational ability; capable of reading and understanding basic written and spoken French.

**Trainer**
Expertise in developing and facilitating trainings on investigative practices, legal standards, and human rights documentation:

- *Investigating Core International Crimes* – Defender Days, Sweden (2024)
- *International Investigations* – Delivered multiple sessions in various international settings

## EDUCATION AND COURSES

- MSc: Human Rights, 01/2007
  London School of Economics
- BA: Philosophy, 01/1996
  Kings College London
- IICI/JRR Investigating Cases of Sexual and Gender-based Violence (SGBV)
- Aware Online Social Media and Open-source Intelligence Research.
- Toddington Introduction to Intelligence Analysis
- Safe and Secure Approaches in the Field Environments (SSAFE)
- Individual First Aid Kit Training (IFAK)

DEFENDANT'S EXHIBIT
03

- *Worker's rights* - investigation on behalf of Amazon.com workers in Saudi Arabia leading to a financial settlement for the workers.

***Investigator**, 02/2023 – 07/2025*
***United Nations International, Impartial and Independent Mechanism for Syria (IIIM)***

- Led and supported investigations into serious international crimes committed in Syria since 2011, including war crimes and crimes against humanity.
- Planning of investigation as well as collection and analysis of evidence related to the use of child soldiers and detention crimes. Focus on centering gender in the investigation process.
- Interviews of survivors, witnesses and experts; applied trauma-informed and gender-sensitive approaches, and collection of witness statements in multiple locations.
- Collaborated closely with legal, analytical, and civil society partners to advance accountability efforts. Presentation of work at workshops and consultations.

***Investigator and Analyst**, 01/01/2022 – 12/31/2022*
***Accountability Unit***

- Led investigations into international crimes committed against the Ezidi, including genocide and crimes against humanity.
- Conducted in-depth interviews with victims and witnesses, including survivors of sexual and gender-based violence (SGBV) and an unlawful attack on a civilian hospital.
- Analyzed open source and other documentary evidence to support legal accountability efforts.
- Drafted detailed witness statements contributing directly to a case submitted before the UN Human Rights Committee**.**

***Investigator**, 06/2021 - 09/2021*
***Independent Commission on the Allegations of Sexual Abuse and Exploitation during the Response to the Tenth Ebola Outbreak in the Democratic Republic of the Congo (DRC)***

- Served as Team Leader for an international investigation mission to Bunia, Democratic Republic of Congo, focused on sexual and gender-based violence (SGBV) and institutional misconduct.
- Planned and led field mission, overseeing a team of investigators tasked with identifying and interviewing survivors of SGBV and related witnesses.
- Conducted additional remote interviews with key stakeholders, whistleblowers, and staff from the World Health Organization (WHO)**.**
- Performed in-depth evidence analysis and desktop investigations into allegations of abuse and misconduct.
- Contributed to the drafting of the final report for submission to the Independent Commission.

***Investigator**, 06/2004 - 06/2006*
***Habeas Corpus Resource Centre** - San Francisco, CA, USA*

- Responsible for complex investigations related to the representation of death row inmates in habeas corpus proceedings in California.
- Located, reviewed, analyzed, and summarized extensive factual records, including legal, medical, educational, and correctional documents.
- Identified, located, and interviewed a wide range of individuals, including witnesses, family members, friends, teachers, employers, and law enforcement officials.

- Gathered and preserved critical documentary evidence from diverse sources to support post-conviction claims.
- Collaborated closely with legal teams to identify potential legal issues, develop case strategies, and build evidentiary support for mitigation and innocence claims.
- Drafted, reviewed, and edited investigative reports, witness statements, and factual summaries; maintained organized information management systems to support ongoing litigation.

***Investigator 06/2003 -05/2004***
***Murphy and Associates*** *- San Francisco, CA, USA*

- Responsible for all aspects of investigation for court appointed criminal defense cases for indigent clients in San Francisco.
- Planning of investigation for large complex criminal cases, locating and interviewing witnesses, crime scene investigation, extensive court searching, record collection and testifying in court.

***Research Assistant - Ethnographer****, 01/2001 - 12/2002*
***University of California, Department of Anthropology, History and Social Medicine*** *- San Francisco, CA, USA*

- Participant observation of young, homeless, injection drug users in street setting in San Francisco
- Documentation of field notes according to themes in collaboration with epidemiologists and anthropologists, tape recording of interviews and life histories with key participants.
- Literature review of topics and, preparation of findings for publication and presentation at conferences.
- Risk and needs assessment of young drug users in Ho Chi Minh City, Vietnam for future research project; production of reports on suggested HIV prevention interventions for the Provincial Aids Committee of Vietnam and for dissemination between NGOs, and presentation of issues to local NGOs.

***Program Manager/Outreach Worker****, 01/1998 - 12/2000*
***Haight Ashbury Youth Outreach Team*** *- San Francisco, CA, USA*

- Led program development, grant writing, and fundraising initiatives to ensure program sustainability. Actively participated in advocacy, policy discussions, and program planning.
- Represented the organization in meetings with media, local government officials, and community stakeholders to advocate for services and raise program visibility.
- Conducted direct, street-based outreach to homeless and runaway youth. Provided crisis intervention, harm reduction supplies, referrals to services, and built trusting relationships with at-risk populations.