RIMKUS




## Lars Daniel, ENCE, CCO, CCPA, CIPTS, CTNS, CTA, CWA

Director, Digital Forensics

4208 Six Forks Rd., Raleigh NC 27609

(252-507-5146)
lars.daniel@rimkus.com


## Background

Lars Daniel is a recognized thought leader and digital forensics pioneer with more than 16 years of expertise transforming how the legal and insurance industries understand and utilize digital evidence. As a visionary in the field, he has consistently been at the forefront of emerging technologies, from early mobile device forensics to today's artificial intelligence and Internet of Things challenges.

Throughout his career, Lars has held leadership positions at prominent forensics firms, where he built world-class teams of experts with backgrounds in law enforcement, including Homeland Security, the Secret Service, and High-Tech Crime task forces. His leadership approach is focused not just on technical excellence, but on anticipating industry needs and preparing teams for the digital challenges of tomorrow.

As a driving force in legal and insurance education, Lars has fundamentally changed how attorneys and claims professionals approach digital evidence. He has trained thousands of legal and insurance professionals, delivering over 400 Continuing Legal Education (CLE) and Continuing Education (CE) classes that have shaped industry standards. His educational philosophy centers on making complex technical concepts accessible and actionable for non-technical professionals.

Lars' influence extends beyond traditional training through his role as a Forbes Contributor, where he writes on digital forensics, digital evidence, expert testimony, artificial intelligence, and the impact of technology in the legal and insurance industries.

As an expert witness, Lars has testified dozens of times in state and federal courts across the United States and internationally, recognized as an expert across multiple forensic domains including digital, computer, cell phone, video, photo, and audio forensics. His testimony in recent high-profile cases has shaped legal precedents in both criminal and civil cases, providing expert analysis for defense, prosecution, plaintiffs, and defendants alike. The teams he has led have collectively testified more than 400 times.

As a keynote speaker and industry influencer, Lars continues to elevate the legal and insurance industries through innovative educational programs. His ability to anticipate technological trends and translate complex forensic concepts into practical applications has established him as an indispensable resource for attorneys and claims professionals

DEFENDANT'S EXHIBIT A

navigating the evolving digital evidence landscape.

## Professional Experience

- **Rimkus Consulting Group, Inc.** **June 2025 – Present**
  - Director of Digital Forensics

- **Envista Forensics** **April 2016 – April 2025**
  - Practice Leader of Digital Forensics

- **Guardian Digital Forensics** **April 2009 – April 2016**
  - Digital Forensics Examiner

## Education and Certifications

- **Bachelor of Arts, Philosophy, 2008** University of North Carolina, Pembroke, NC
  President of Honors Society. 29 credit hours in Fine Art, Digital Art, and Media Integration.
- **EnCE** (EnCase Certified Examiner)
- **CCO** (Cellebrite Certified Operator)
- **CCPA** (Cellebrite Certified Physical Analyst)
- **CTNS** Certified (Certified Telecommunications Network Specialist)
- **CWA** Certified (Certified Wireless Analyst)
- **CIPTS** Certified (Certified I.P. Telecom Network Specialist)
- **CTA** (Certified Telecommunications Analyst)

## Continuing Education

- **Coursework:** Cellebrite Certified Operator Recertification Training, Cellebrite; Cellebrite Certified Physical Analyst Training, Cellebrite; Cellebrite Certified Operator Training, Cellebrite; F.S. Events in Mac OSX and New Interesting Artifacts, Guidance Software; Convergence Forensics: Leveraging Multiple Skills to Analyze Evidence, Guidance Software; Implementing Digital Forensics Readiness: From Reactive to Proactive Process, Guidance Software; Advanced Windows Memory Analysis for Incident Response Pt 1, Guidance Software; Internet of Things Forensics, Guidance Software; Advanced Web Shell Forensic Analysis Pt. 1 & 2, Guidance Software; APT Attacks Exposed Network, Host, Memory and Malware Analysis, Guidance Software; Forensic Analysis of a Compromised Windows Workstation Pt. 1 & 2, Guidance Software; Image Clarification and Processing using Clear ID3 in Photoshop, Law Enforcement Multimedia Evidence Training Symposium; Video Clarification and Processing using ClearID3, Law Enforcement Multimedia Evidence Training Symposium; Virtualizing DCCTV Players & Managing Digital Media Assets with QuickDME, Law Enforcement Multimedia Evidence Training Symposium; Video Standards, NextGen Codecs and Authentication, Law Enforcement Multimedia Evidence Training Symposium; Technology Enhanced Interview/Interrogation Tools for the Recording Process, Law Enforcement Multimedia Evidence Training Symposium; The Office of Scientific Area Committees (OSAC) Subcommittee on Video Imaging Technology and Analysis Audio, Law Enforcement Multimedia Evidence Training Symposium; Reducing Background Noises in Audio, Law Enforcement Multimedia Evidence Training Symposium; International Body Worn Video Summit, Law Enforcement Multimedia Evidence Training Symposium; POTS and the

PTSN, Teracom Training Institute; Wireless Telecommunications, Teracom Training Institute; The OSI Layers and Protocol Stacks, Teracom Training Institute; Ethernet, LANs and VLANs, Teracom Training Institute; I.P. Networks, Routers and Addresses, Teracom Training Institute; MPLS and Carrier Networks, Teracom Training Institute; CEIC Computer and Enterprise Investigations Conference (Investigation on Kindle Fire, Raw Data Carving, Artifacts of Webmail Usage, New Forensic Highlights of Windows 8, Advanced Reporting, Solid State Drive Forensics, Vehicle System Forensics, Decoding Prefetch Files, Dynamic Malware Analysis, EnCase Forensic v7 Reporting, EnCase Forensic v7 Tips and Tricks, Forensic Analysis of Outlook Web Access, Forensic Tracking of USB, Intermediate Web Browser Analysis, Super Timeline Analysis and Case Studies, EnCE Last Minute Review, Social Media Investigations, Basic RAID Acquisition and Analysis, Advanced RAID Analysis, File Identification and Recovery Using Block Based Hash Analysis, Mastering Conditions 1 & 2, Defeating the Trojan Virus Defense, Mastering Criteria), Guidance Software; Forensic Telecommunication and Cellular Evidence Analysis, Ben Levitan Telecommunications Expert; SANS What Works Summit in Forensics and Incident Response, SANS; Introduction to Computer Forensics, Guardian Digital Forensics; Intermediate Computer Forensics I & II, Guardian Digital Forensics; Advanced Computer Forensics I, Guardian Digital Forensics; Cell Phone Forensics, Guardian Digital Forensics; Internet Investigations, Guardian Digital Forensics.

## Books Published

- **The Trucking Defense Guide To Cell Phone Forensics:** Rapid Response To The Courtroom, ISBN 979-8272011145
- **Digital Forensics for Legal Professionals:** Understanding Digital Evidence from the Warrant to the Courtroom 2011, Syngress Publishing, ISBN-10: 159749643X
- **Digital Forensics Trial Graphics:** Teaching the Jury through Effective Use of Visuals 2017, Academic Press, ISBN-10: 0128034831

## Articles Published

- As a Forbes contributor and educator, Lars has published hundreds of articles. A searchable archive of his work can be found at thelarsdaniel.com

## Federal Judiciary Presentations

- **Judicial Conference of the United States, Advisory Committee on Evidence Rules**
  Invited Panelist, Deepfakes and Proposed Federal Rule of Evidence 901(c), October 2026

## Digital Forensics Conference Speaking Engagements

- **Enfuse** (OpenText Digital Forensics and Incident Response Conference), 2019
- **Enfuse** (OpenText Digital Forensics and Incident Response Conference), 2016
- **CEIC** (Computer and Enterprise Investigations Conference), 2013
- **CEIC** (Computer and Enterprise Investigations Conference), 2011

## CLE/CE Speaking Engagements

- **Rimkus Big Rig School CE/CLE Seminar, Philadelphia**
  Cell Phone Forensics in Trucking Accident Cases, October 2026
- **ClaimsXchange Annual Conference, Philadelphia**
  David Becomes Goliath: Big Data, Biometrics, and the New Frontier of Plaintiffs' Litigation, October 2026
- **Rimkus Big Rig School CE/CLE Seminar, Columbus**
  Cell Phone Forensics in Trucking Accident Cases, September 2026
- **American Family Insurance Litigation Summit**
  After The Crash: Cell Phone Forensics In Vehicle Accident Cases, September 2026
- **Trucking Defense Advocacy Council Annual Conference**
  The AI Journey: One Year Later, September 2026
- **Claims and Litigation Management Society (CLM) Claims College: School of Cyber & Technology Risk**
  Deepfakes, September 2026
- **Claims and Litigation Management Society (CLM) Claims College: School of Cyber & Technology Risk**
  Tech Disruptors in Insurance: Understanding AI, Autonomous Vehicles, and Robotics, September 2026
- **Claims and Litigation Management Society (CLM) Claims College: School of Cyber & Technology Risk**
  Emerging Technologies, September 2026
- **Claims and Litigation Management Society (CLM) Claims College: School of Cyber & Technology Risk**
  Internet of Things, September 2026
- **Indiana Farm Bureau Insurance Litigation Joint Defense Meeting**
  Cell Phone Forensics, September 2026
- **Indiana Farm Bureau Insurance Litigation Joint Defense Meeting**
  Deepfakes and the Death of Trust in Visual Evidence, September 2026
- **Indiana Farm Bureau Insurance Litigation Joint Defense Meeting**
  Plaintiff Use of AI and the Defense Response, September 2026
- **The Hartford Tort Huddle CLE**
  Cell Phone Forensics, August 2026
- **WD/MDNC Federal Criminal Defense Seminar, Asheville**
  Law Enforcement Use of AI, August 2026
- **Hilton Panel Counsel Conference, San Antonio**
  Truth Decay: Deepfakes and Digital Evidence, August 2026
- **Alvarez, Thompson and Smoak PLLC**
  The Trucking Defense Guide to Cell Phone Forensics, August 2026
- **QBE Insurance**
  The Trucking Defense Guide to Cell Phone Forensics, August 2026
- **Alabama GMIS Summer Conference**
  Digital Forensics: Decoding Truth from Digital Evidence, July 2026
- **ClaimsXchange ClaimsAcademy, Chicago**
  Identifying What Happened, July 2026
- **Perrier & Lacoste**
  The Trucking Defense Guide to Cell Phone Forensics, July 2026
- **Rimkus CE Webinar**
  The Trucking Defense Guide to Cell Phone Forensics, July 2026

- **Melick & Porter, LLP**
  The Trucking Defense Guide to Cell Phone Forensics, June 2026
- **Claims and Litigation Management (CLM) Focus Conference**
  Autonomous Vehicles and ADAS Litigation, June 2026
- **Farm Bureau National Claims & Legal Conference**
  Panel: Technology, Claims & AI Risk Alignment, June 2026
- **Farm Bureau National Claims & Legal Conference**
  Digital Evidence & the Modern Claim File, June 2026
- **The Transcend Group**
  Using AI Agents in Trucking Defense: A Practical, Cost-Effective and Safe Approach, June 2026
- **Naman Howell Smith & Lee + Rimkus CLE Webinar**
  Big Rig Strategies That Win Cases: Practical Insights That Deliver Impact, May 2026
- **Gemini Transportation Underwriters**
  The Trucking Defense Guide to Cell Phone Forensics, May 2026
- **Rimkus Big Rig School CE/CLE Seminar, Little Rock**
  Cell Phone Forensics in Trucking Accident Cases, May 2026
- **Hospitality Law Conference, Houston**
  Deepfakes, Digital Evidence, and the Defense Advantage, May 2026
- **W. R. Berkley Auto Liability Bootcamp**
  The Trucking Defense Guide to Cell Phone Forensics, May 2026
- **Geico University**
  The Trucking Defense Guide to Cell Phone Forensics, May 2026
- **Bremer Whyte Brown & O'Meara, LLP**
  Cell Phone Forensics + Visual Evidence in Modern Civil Litigation, March 2026
- **FCCI Insurance**
  The Trucking Defense Guide to Cell Phone Forensics, May 2026
- **Bath and Body Works**
  Truth Decay: Deepfakes and Digital Evidence Today, April 2026
- **Berkeley Insurance**
  The Trucking Defense Guide to Cell Phone Forensics, April 2026
- **Quintairos, Prieto, Wood, & Boyer P.A.**
  The Trucking Defense Guide to Cell Phone Forensics, April 2026
- **Trucking Industry Defense Association: Cargo and Skills Seminar**
  AI - A Look At What It Is And What Is To Be In Trucking, April 2026
- **Claims and Litigation Management (CLM) Annual Conference**
  Video Surveillance: Beyond What Meets The Eye, March 2026
- **Las Vegas Defense Lawyers Association**
  Cell Phone Forensics + Visual Evidence in Modern Civil Litigation, March 2026
- **Quintairos, Prieto, Wood, & Boyer P.A.**
  Rimkus Transportation Trio, March 2026
- **National Retail and Restaurant Defense Association Annual Conference**
  From Slip and Fall to Deepfake Brawls, February 2026
- **Alvarez, Thompson and Smoak PLLC**
  The Trucking Defense Guide to Cell Phone Forensics, February 2026

- **Keynote: Themis Legal Advocates Annual Conference**
  Truth Decay: Deepfakes And Digital Evidence, February 2026
- **Cole Scott and Kissane + Rimkus Joint CLE/CE Webinar**
  The Trucking Defense Guide to Cell Phone Forensics, January 2026
- **Trucking Industry Defense Association (TIDA) Advanced Seminar**
  The Impact of AI On Truck Driver Depositions, January 2026
- **Leake & Andersson Law Firm**
  The Trucking Defense Guide To Cell Phone Forensics, January 2026
- **Ohio Association of Civil Trial Attorneys**
  Cell Phone Forensics in Trucking Defense, November 2025
- **Phoenix, AZ Chartwell Law Trucking Seminar**
  The Trucking Defense Guide To Cell Phone Forensics: From Rapid Response To The Courtroom, November 2025
- **Ohio Central Valley RIMS Chapter**
  The Trucking Defense Guide To Cell Phone Forensics: From Rapid Response To The Courtroom, November 2025
- **Sports and Entertainment Risk Management Association (SERMA) Webinar**
  Risk and Reward With Athletic Wearables, July 2025
- **CLM Annual Conference**
  Autonomous Vehicles: Navigating Liability and Coverage Challenges, April 2025
- **CLM Annual Conference**
  Add More Brushes to Your Claims Management Canvas, April 2025
- **Eastern NC CPCU Chapter I-Day Event**
  Cell Phone Forensics For Claims Professionals, April 2025
- **Themis Legal Advocates Annual Conference**
  Leveling Up Claims and Litigation Management Through New Technologies, February 2025
- **American Rental Association**
  Using Digital Forensics To Mitigate Risk In The Rental Industry, January 2025
- **American Trucking Association**
  Fitness Wearables And Trucking: Transforming More Than Waistlines, November 2024
- **Joint Claims Executive Association (JCEA) Fall Conference**
  After The Crash: Cell Phone Forensics In Accident Cases, November 2024
- **Toronto Trucking Conference**
  After The Crash: Cell Phone Forensics Trucking Accident Cases, October 2024
- **Averitt Trucking Conference**
  Digital Forensics in Trucking Accident Cases, October 2024
- **Secura Insurance Annual Conference**
  Digital Evidence and Digital Forensics, October 2024
- **Indiana Farm Bureau Annual Conference:**
  Digital Forensics: Decoding Digital Evidence, September 2024
- **Claims and Litigation Management Society (CLM) Construction Conference**
  Triple Play: The Developing World of AI in Evidence, Claims, and Ethics, September 2024
- **Claims and Litigation Management Society (CLM) Claims College:**
  Internet of Things and Implications for Liability Claims, September 2024

- **Claims and Litigation Management Society (CLM) Claims College:**
  Emerging Technologies, September 2024
- **The International Association of Special Investigation Units (AISIU) Annual Conference:**
  Ashes To Answers: Digital Forensics In Fire Investigations, August 2024
- **Gallo Vitucci Klar Law Firm:**
  Digital Forensics in Trucking Accident Cases, August 2024
- **The Machinery Haulers Association:**
  Digital Forensics in Trucking Accident Cases, August 2024
- **Berkley Insurance SIU Conference:**
  Authenticating Digital Evidence, August 2024
- **Berkley Insurance SIU Conference:**
  Consumer Electronics and IoT as Digital Evidence, August 2024
- **Berkley Insurance SIU Conference:**
  Cell Phone Forensics, August 2024
- **RISE Professionals Cell Phone Forensics:**
  After The Crash, July 2024
- **Segal McCambridge Singer & Mahoney**:
  Digital Forensics in Trucking Accident Cases, June 2024
- **Themis Legal Advocates Mock Trial:**
  Lead panels on artificial intelligence and its legal industry implications, June 2024
- **Perrin Conferences:**
  How Technology Can Make or Break the Prosecution or Defense of Your Trucking Case, June 2024
- **Magna Legal Services "Chopped for Chop":**
  Q&A Session on Digital Forensics, June 2024
- **International Association of Arson Investigators (IAAI):**
  Digital Forensics in Arson Investigations, June 2024
- **Secura Insurance Company:**
  Fitness Wearables as Digital Evidence, June 2024
- **Secura Insurance Company:**
  Identifying Fraudulent Evidence: Deepfakes and Shallowfakes, June 2024
- **Magna Legal Services:**
  How Jurors "Hear" and "Process" Expert Testimony with the Impact of Visual Aids, June 2024
- **PICG (Property Insurance Claims Group) Annual Claims Conference:**
  The Impact of AI on Claims and Litigation, May 2024
- **Atlanta Claims Association:**
  Cell Phone Forensics in Trucking Accident Cases, April 2024
- **Association of High Technology Distributors (AHTD) Conference:**
  Decoding Digital Forensics, April 2024
- **CLM Annual Conference Institutional Knowledge:**
  Using Economies of Scale to Streamline Litigation, April 2024
- **CLM Annual Conference Big Brother is Watching:**
  A Guide to Insurance Investigation in a Technology-Driven Era, April 2024
- **Thorndal Armstrong LLP Law Firm:**
  Cell Phone Forensics for Legal Professionals, March 2024

- **Carolina Casualty Insurance Company:**
  Cell Phone Forensics in Claims and Litigation, March 2024
- **TCA (Truckload Carrier Association) Annual Conference:**
  Digital Forensics in Trucking Accident Cases, March 2024
- **Property and Liability Research Bureau (PLRB) Annual Conference:**
  Fitness Wearables: Transforming More than Waistlines, March 2024
- **CLM Transportation:**
  Digital Evidence in Trucking Accident Cases, February 2024
- **Kahana Feld Law Firm:**
  Wearable Technology Evidence, February 2024
- **Kahana Feld Law Firm**
  2024 Update: Cell Phone Forensics, February 2024
- **RIMS Silicon Valley Chapter:**
  Cell Phone Forensics for Risk and Legal Professionals, February 2024
- **RIMS Los Angeles Chapter:**
  Cell Phone Forensics for Risk and Legal Professionals, February 2024
- **Themis Legal Advocates Annual Conference:**
  Disruptors of 2023: Artificial Intelligence and Generative AI, February 2024
- **Magna Legal Services Remote Depositions:**
  Practical Tips and Logistical Considerations, January 2024
- **Mullins and Filippi Law Firm:**
  Consumer Electronics and the Internet of Things: Digital Evidence, January 2024
- **The Gavel Legal Network Annual Conference:**
  Medical Malpractice: 21st Century Trends, January 2024
- **The Gavel Legal Network Annual:**
  Conference Wearable Technology and Employee Monitoring: Benefits and Liabilities for Employers and Employees, January 2024
- **Magna Legal Services Battle of The Experts:**
  Conference Working with Expert Witnesses, December 2023
- **Chartwell Law Firm, Atlanta:**
  Cell Phone Forensics for Legal Professionals, December 2023
- **National Association of Criminal Defense Lawyers (NACDL) 4th Amendment Public Defender Training Program:**
  In-Vehicle Infotainment and Telematics Forensics, November 2023
- **Workers Compensation and Risk Conference (WCRC):**
  Cell Phone Forensics for Legal Professionals, November 2023
- **Defense Research Institute (DRI) Annual Conference:**
  Digital Forensics in Commercial Litigation, October 2023
- **National Association of Criminal Defense Lawyers (NACDL) 4th Amendment Conference:**
  Cell Phone Forensics, October 2023
- **National Association of Criminal Defense Lawyers (NACDL) 4th Amendment Conference:**
  In-Vehicle Infotainment and Telematics Forensics, October 2023
- **EMaxx Insurance Summit:**
  Preserving and Using Cell Phone Evidence after a Trucking Accident, October 2023

- **Trucking Industry Defense Association (TIDA) Annual Conference**
  Fitness Wearables and Trucking: Transforming More than Waistlines, October 2023
- **Cozen O'Conner IVI Forensics**
  A New Source of Data for Attorneys, September 2023
- **Claims and Litigation Management Society Claims College**
  Emerging Technologies, August 2023
- **Claims and Litigation Management Society Claims College**
  IoT and Liability Claims Implications, August 2023
- **Gallagher Bassett**
  Wearable Technology and Digital Forensics, August 2023
- **Wilson Elser Law Firm**
  Cell Phone Forensics for Legal Professionals, August 2023
- **EMaxx/e-Risk Solutions Insurance Bootcamp**
  Cell Phone Forensics for Claims Professionals, July 2023
- **EMaxx/e-Risk Solutions Insurance Bootcamp**
  Consumer Electronics and the IoT: Digital Evidence, July 2023
- **EMaxx/e-Risk Solutions Insurance Bootcamp**
  Video Forensics: Enhancement and Analysis, July 2023
- **EMaxx/e-Risk Solutions Insurance Bootcamp**
  Wearable Technology Forensics, July 2023
- **Claims and Litigation Management Society (CLM) Transportation Conference: (Philadelphia)**
  After the Crash: Spoliation Proofing Digital Evidence, July 2023
- **FM Global Insurance, Dallas TX:**
  Consumer Electronics and the IoT: Digital Evidence, June 2023
- **Claims and Litigation Management Society (CLM) Transportation Conference (Atlanta):**
  After the Crash: Spoliation Proofing Digital Evidence, June 2023
- **Defense Research Institute (DRI) Trucking Litigation Essentials Conference:**
  Cell Phone Forensics in Trucking Accident Cases, June 2023
- **Defense Research Institute (DRI) Trucking Litigation Essentials Conference:**
  Don't Forget the Electronic Plaintiff: Cell Phone Evidence, June 2023
- **360 Advocacy – Auto, Truck, and Damager Conference:**
  Fitness and Wearable Technology as Digital Evidence: Transforming More Than Waistlines, June 2023
- **360 Advocacy – Auto, Truck, and Damager Conference:**
  Cell Phone Forensics in Trucking Accident Cases, June 2023
- **ClaimsXChange Education on Location, New Orleans:**
  After the Crash: How to Protect and Utilize Cell Phone Evidence in Distracted Driving Cases, May 2023
- **ALFA International Global Legal Network Transportation Practice Group Conference:**
  Call Me!?! A Discussion Concerning Post-Crash Forensic Analysis of Cell Phones and Other Data, Including Best Practices related to Policies, Procedures and Preservation, April 2023
- **NARS (North American Risk Services):**
  Ethical Use of Technology, April 2023
- **Arcadia Insurance:**
  Cell Phone Forensics for Claims Professionals, March 2023
- **(NCICIE) North Carolina Insurance Crime Information Exchange:**

Cell Phone Forensics, February 2023

- **(NCICIE) North Carolina Insurance Crime Information Exchange:**
  Location Forensics, February 2023
- **(NCICIE) North Carolina Insurance Crime Information Exchange:**
  Consumer Electronics and the IoT, February 2023
- **Vistage CEO Leadership Network:**
  Digital Forensics for Executives, February 2023
- **Themis Legal Network Annual Conference:**
  Emerging Risks: Unintended Consequences When Artificial Intelligence and IOT Devices Collide, February 2023
- **Themis Legal Network Annual Conference:**
  The Tech Toolbox: Game Changer Investigation Methods to Uncover Deception, February 2023
- **DRI Civil Rights and Government Tort Liability Seminar:**
  Cell Phone Forensics, January 2023
- **The Gavel National Conference VII Litigation Holds:**
  The Search for ESI, and the Consequences of Lost ESI, January 2023
- **The Gavel National Conference VII From the Front Lines:**
  Trends and Tactics in Plaintiffs' Use of Expert Witnesses, January 2023
- **Magna Battle of The Experts:**
  Testifying Expert in Mock Trial, December 2022
- **Perrin National Construction Defect Conference:**
  The Top Ten Technology Concerns in the Construction Industry, November 2022
- **Selective Insurance:**
  Ethical Use of Technology, November 2022
- **Washington Defense Trial Lawyers:**
  Cell Phone Forensics for Legal Professionals, September 2022
- **Trucking Defense Advocates Council:**
  Cell Phone Imaging: Is The Data you Now Possess your Worst Nightmare?, September 2022
- **Claims and Litigation Management Society (CLM) Claims College**
  The Internet of Things and implications for Liability, September 2022
- **Envista Forensics Atlanta Braves Education Event:**
  Digital Forensics for Claims Professionals, September 2022
- **Federal Defender Conference of Ohio**
  Cell Phone Forensics for Legal Professionals, August 2022
- **Combined Claims Conference**
  After the Crash: Spoliation Proofing Digital Evidence, August 2022
- **PLRB Technology Symposium**
  Consumer Electronics and the Internet of Things: Digital Evidence, July 2022
- **North Carolina Indigent Defense Services Webinar**
  Crossing Digital Forensic Experts, July 2022
- **American Association for Justice (AAJ) Annual Conference**
  The Cell Phone Download from A-Z: How it Works, What You Can Get, and All the Ways It Can Expose Distracted Driving, July 2022
- **BlueWire Connect Webinar Nuke Busters**

Digital Evidence and Rapid Response, July 2022

- **Cellebrite Midyear Training Conference**
  Understanding the Digital Forensics Industry, July 2022
- **Gallagher Bassett Transportation Lunchtime Education Series**
  Investigations of Distracted Driving: Human Factors and Digital Evidence, June 2022
- **West Virginia Public Defender Conference**
  Cell Phone Forensics for Legal Professionals, June 2022
- **West Virginia Public Defender Conference**
  Cyber Security Awareness Training, June 2022
- **QPWB Law QMATIC Webinar Investigations of Distracted Driving**
  Human Factors and Digital Evidence, June 2022
- **Michigan Auto Law**
  Cell Phone Forensics for Legal Professionals, June 2022
- **Acuity Insurance All Claims Annual Conference**
  Cell Phone Forensics for Claims Professionals, May 2022
- **NACDL (National Association of Criminal Defense Lawyers and UC Berkely School of Law** Connected Cars and the Fourth Amendment, May 2022
- **Gallagher Contractor Summit**
  Cyber Exposures for Contractors, May 2022
- **Virginia State Bar Association Annual Conference**
  Digital Forensics For Legal Professionals, May 2022
- **NASP (National Association of Subrogation Professionals) Webinar**
  The Use of Digital Forensics in Subrogation Efforts, May 2022
- **360 Advocacy Auto Conference**
  Cell Phone Data and How to Use it to Prove Distracted Driving, April 2022
- **Georgia Public Defenders**
  Consumer Electronics and the IoT: The Next Wave of Digital Evidence, April 2022
- **The Gavel Legal Network**
  Introduction to the Preservation and Protection of Digital Evidence, April 2022
- **Melton Truck Lines**
  Ethics in Claims Handling: Digital Evidence, April 2022
- **Melton Truck Lines**
  Digital Forensics for Claims Professionals, April 2022
- **Atlantic Casualty Insurance Company**
  Digital Forensics for Claims Professionals, April 2022
- **Envista Webinar Series (District 9)**
  Ethics in Technology: Digital Evidence in Claims and Litigation, March 2022
- **National Association for Public Defense (NAPD) Annual Conference**
  Introduction to Digital Forensics, March 2022
- **National Association for Public Defense (NAPD) Annual Conference**
  Cell Phone Forensics for Legal Professionals, March 2022
- **National Association for Public Defense (NAPD) Annual Conference**
  Consumer Electronics and the IoT: The Next Wave of Digital Evidence, March 2022
- **Claims and Litigation Management Society (CLM) Annual Conference**

After the Crash: How to Spoliation Proof Mobile Phone, Video & Call Record Evidence, March 2022

- **Kentucky Defense Counsel Spring Seminar**
  Cell Phone Forensics for Legal Professionals, March 2022
- **Alabama Associaton for Justice Midwinter Conference**
  Cell Phone Forensics, February 2022
- **The Gavel Legal Network National Conference**
  See What You Get, and Get What you Don't See When Evaluating Claims: Digital Evidence and Telematics, January 2022
- **Markel Insurance – SIU Major Loss**
  Digital Forensics in SIU Investigations, December 2021
- **Encova Insurance**
  Ethical Use of Technology: Digital Evidence in Claims and Litigation, December 2021
- **CLM Focus Conference**
  The Need for Speed and the 5G Revolution: Balancing Innovation and Risk, December 2021
- **Themis Advocates Group**
  But What Are They Really Doing? Effective Strategy for Data Mining Cell Phones and Social Media, November 2021
- **NASP Annual Conference**
  Using Digital Forensics in Subrogation Efforts, November 2021
- **AXA XL: 2021 Innovators Circle Conference**
  The Top 10 Cyber Concerns in the Construction Industry, October 2021
- **AXA XL: Tech Focus Group Webinar**
  The Top 10 Cyber Concerns in the Construction Industry, October 2021
- **Kentucky Defense Counsel Annual Conference**
  Winning the Battle for Expert Discovery, October 2021
- **International Association of Special Investigation Units (IASIU)**
  Cell Phone Forensics for SIU Professionals, September 2021
- **Quimbee**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Litigation, September 2021
- **CLM Claims College**
  Internet of Things and implications for Liability Claims, September 2021
- **CLM Annual Conference**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, August 2021
- **Quimbee**
  Introduction to Digital Forensics, August 2021
- **Quimbee**
  Cell Phone Forensics for Legal Professionals, June 2021
- **Envista Forensics Webinar Envista Forensics**
  Subrogation Tech Talk (Digital Forensics in Subrogation Cases), April 2021
- **Illinois Association of Criminal Defense Lawyers**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Litigation, April 2021
- **North Carolina Office of Indigent Defense Services**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Litigation, April 2021
- **Hanover Insurance**

Consumer Electronics and the IoT: The Next Wave of Evidence in Litigation, March 2021

- **National Associaton for Public Defense (NAPD) Annual Conference**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Litigation, March 2021
- **Magna Legal Services CLE March Madness**
  Positioning Experts in Your Case to Mitigate Nuclear Verdicts (Session 1), March 2021
- **Magna Legal Services CLE March Madness**
  Positioning Experts in Your Case to Mitigate Nuclear Verdicts (Session 2), March 2021
- **Liberty Mutual C.E. Webinar**
  Digital Forensics for Claims Professionals, March 2021
- **Envista E-Learning Day**
  Digital Forensics for Legal Professionals, December 2020
- **Envista E-Learning Day**
  Digital Forensics for Legal Professionals, November 2020
- **Gavel Legal Network CLE Webinar Series**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, October 2020
- **Missouri BAR Associaton**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, September 2020
- **Envista Forensics Webinar Series**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, September 2020
- **CLM (Claims and Litigation Management Society) Claims College**
  Internet of Things and Implications for Liability Claims, September 2020
- **Cook County Public Defender Nutshell Conference**
  Consumer Electronics and the IoT (Internet of Things): Digital Evidence, August 2020
- **LexVid CLE**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, June 2020
- **Envista Forensics NC E-Learning Day**
  Digital Forensics for Claims Professionals, May 2020
- **ClearLaw Institute**
  Cell Phone Forensics, April 2020
- **ProLaw CLE Webinar**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, April 2020
- **Envista Forensics Webinar Series**
  Digital Breadcrumbs: Follow the Trail for Your Client and Litigation Success, March 2020
- **ClearLaw CLE Webinar**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, March 2020
- **AXA XL Webinar**
  Digital Forensics for Claims Professionals, February 2020
- **The Gavel Legal Network National Conference**
  The Myth of Cell Phone Distraction, January 2020
- **Austin TX Criminal Defense Lawyers Association**
  Cell Phone Forensics, January 2020
- **South Carolina Insurance Fraud Investigators Conference**
  Cell Phone Forensics, November 2019
- **State Bar of Michigan Annual Meeting**

Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in litigation, September 2019

- **South Carolina Public Defender Annual Conference**
  Digital Forensics in Child Exploitation Cases, September 2019
- **CLM (Claims and Litigation Management Society) Claims College**
  Consumer Electronics and the IoT (Internet of Things): Implications for Liability Claims, September 2019
- **Cook County Public Defender Conference**
  Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in litigation, August 2019
- **Cook County Public Defender Conference**
  Cell Phone Forensics, August 2019
- **Cook County Public Defender Conference**
  How to read a Cellebrite Report, August 2019
- **Federal Defenders Multi-Track Criminal Defense Seminar**
  Consumer Electronics and the IoT: The Next Wave of Evidence in Claims and Litigation, August 2019
- **South Carolina Association of Criminal Defense Lawyers**
  Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in litigation, August 2019
- **South Carolina Association of Criminal Defense Lawyers**
  Cell Phone Forensics for Legal Professionals, August 2019
- **New Mexico Criminal Defense Lawyers Conference**
  Phones, Computers and the Internet: Challenging the Government's Evidence, June 2019
- **Las Vegas Civil Defense Lawyers**
  Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in litigation, May 2019
- **Illinois Public Defender Association Conference**
  Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in criminal cases, May 2019
- **Illinois Public Defender Association Conference**
  Cell Phone Forensics, May 2019
- **Virginia Bar Association – Indigent Criminal Defense Seminar**
  Digital Forensics Primer, May 2019
- **National Association of Criminal Defense Lawyers (NACDL) Forensic Science and The Law Conference**
  Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in criminal cases, April 2019
- **CLM Annual Conference**
  Litigation in the Modern Age – Will Today's Technology be Tomorrow's Claim Investigation?, March 2019
- **Criminal Defense Attorneys of Michigan**
  Cell Phone Forensics and Location Evidence, March 2019
- **ProLawCLE**
  Cell Phone Forensics, February 2019
- **ProLawCLE**
  Consumer Electronics and the IoT (Internet of Things): The next wave of evidence in litigation, February 2019
- **South Carolina Digital Evidence Seminar**
  Cell Phone Forensics, January 2019

- **South Carolina Digital Evidence Seminar**
  Digital Forensics 101, January 2019
- **The Gavel National Conference III**
  Distracted Driving – Law and Science, January 2019
- **Envista Webinar**
  The Perfect Storm: Cyber Risk and the IoT In the New Industrial Revolution, January 2019
- **North Carolina Indigent Defense Services Conference:**
  Effective Use of Expert Testimony: What do Experts Need and When Do They Need It, January 2019
- **Envista Forensics Webinar**
  Cell Phone Forensics and Tracking Technology in Trucking Claims, November 2018
- **PLRB (Property and Liability Resource Bureau) Eastern Regional**
  Impact of Consumer Electronics Data on Liability Claims, October 2018
- **North Carolina Eastern Federal Defenders Conference**
  Digital Forensics in Child Exploitation Cases, October 2018
- **Mueller's Cyber Security Educational Series (Chicago)**
  How Exposed Is Your Bottom Line? Digital Disruption of Business Operations, September 2018
- **IASIU International Conference**
  The Use of Digital Forensics in Complex Fire Investigations, September 2018
- **Cook County, Illinois Public Defender (Nutshell) Conference**
  Digital Forensics 101 & 102, August 2018
- **LVCDL (Las Vegas Civil Defense lawyers)**
  Cell Phone Forensics, July 2018
- **SCACDL Conference, Greenville SC**
  Cell Phones, Computers, and Cars: What the data will tell you, July 2018
- **PLRB Western Regional Impact of**
  Consumer Electronics Data on Liability Claims, June 2018
- **Iowa Public Defenders**
  Cell Phone Forensics, May 2018
- **Magna Battle of the Experts**
  Cross-Examination Scenario with Pete Swayze, Attorney, May 2018
- **Magna Battle of the Experts**
  Panel Discussion: Challenging Expert Witnesses, May 2018
- **Virginia IASIU Chapter**
  Digital Forensics for Claims Professionals, April 2018
- **South Carolina Insurance Fraud Investigators**
  Digital Forensics in Fire Investigations, April 2018
- **AttorneyCredits.com**
  Cell Phone Forensics, March 2018
- **CLM (Claims Litigation Management) Annual Conference Mobile Device Forensics:** New Technologies for Trucking Accident Claims & Litigation, March 2018
- **University of Iowa Computer Club Annual Conference**
  Cell Phone Forensics, February 2018
- **NACDL Grant Training (Philadelphia Public Defenders Office)**
  Digital Forensics 101, February 2018

- **NACDL Grant Training (Philadelphia Public Defenders Office)**
  Cell Phone Forensics, February 2018
- **Cooke County, IL Homicide Task Force**
  Cell Phone Forensics, February 2018
- **FACDL (Florida Association of Criminal Defense Lawyers)**
  Law and Technology Conference Cell Phone Location and Tracking Forensics, February 2018
- **Rhode Island Association of Criminal Defense Lawyers**
  Cell Phone Forensics, January 2018
- **Rhode Island Association of Criminal Defense Lawyers**
  Cell Phone Location and Tracking Forensics, January 2018
- **Motor Carrier Insurance Education Foundation** Digital Forensics in Trucking Accident Cases, December 2017
- **Missouri BAR Webinar**
  Cell Phone Forensics for Legal Professionals, November 2017
- **Missouri BAR Webinar**
  Digital Forensics in Sexual Exploitation Cases, November 2017
- **Criminal Defense Attorneys of Michigan Fall Conference**
  Cell Phone Forensics for Legal Professionals, November 2017
- **Northland Claims Annual Conference**
  Digital Forensics in Trucking Accident Cases, November 2017
- **Western Loss Association Annual Conference**
  Digital Forensics for Claims Professionals, October 2017
- **Richmond Virginia CPCU Chapter**
  Digital Forensics for Claims Professionals, October 2017
- **Richmond Virginia CPCU Chapter**
  Digital Forensics 101, October 2017
- **Guardian Digital Forensics: 2017 Webinar Series**
  Digital Forensics in Murder Cases, September 2017
- **Arkansas Trucking Association Annual Seminar**
  Cell Phone and Cellular Location Forensics in Trucking Cases, September 2017
- **ClearLaw Institute**
  Cell Phone Forensics for Attorneys, August 2017
- **Guardian Digital Forensics: 2017 Webinar Series**
  Digital Forensics in Child Exploitation Cases, August 2017
- **National Association of Public Defense (NAPD)**
  Digital Forensics in Child Exploitation Cases, August 2017
- **North Carolina IASIU**
  Cell Phone Forensics for Claims Professionals, August 2017
- **Georgia Public Defender Annual Conference**
  Cell Phone Forensics, July 2017
- **Envista Forensics Webinar**
  Ethical Use of Technology, July 2017
- **Guardian Digital Forensics: 2017 Webinar Series**
  Digital Forensics in Employee Wrongdoing Cases, July 2017

- **National Association of Public Defense (NAPD)**
  Digital Forensics 101, July 2017
- **Virginia Association of Continuing Legal Education (VACLE)**
  Cell Phone Forensics, June 2017
- Suffolk Lawyers for Justice Cell Phone Forensics, June 2017
- **National Association of Public Defense (NAPD)**
  Cell Phone Forensics, May 2017
- **Envista Forensics Webinar**
  Digital Forensics for Claims Professionals, May 2017
- **Committee for Public Counsel Services (CPCS) Massachusetts Annual Conference**
  Digital Forensics in Child Pornography Cases, May 2017
- **New Jersey Public Defender Conference**
  Digital Forensics 101, May 2017
- **New Jersey Public Defender Conference**
  Cell Phone Forensics, May 2017
- **Oneida, New York County BAR Association**
  Digital Forensics 101, May 2017
- **Oneida, New York County BAR Association**
  Cell Phone Forensics, May 2017
- **Michigan Adjusters Association**
  Cell Phone Forensics for Claims Professionals, May 2017
- **ClearLaw Institute Webinar**
  Cell Phone Forensics for Attorneys, May 2017
- **Envista Forensics Live Burn: Richmond, Virginia**
  Digital Forensics in Fire Investigations, April 2017
- **Guardian Digital Forensics: 2017 Webinar Series**
  Cell Phone Forensics, April 2017
- **AttorneyCredits.com**
  Digital Forensics 101, April 2017
- **AttorneyCredits.com**
  Digital Forensics 102, April 2017
- **Western NC Federal Defenders Seminar**
  Cell Phone Forensics for Legal Professionals, April 2017
- **Maryland Public Defenders Conference**
  Cell Phone Forensics for Legal Professionals, April 2017
- **Guardian Digital Forensics: 2017 Webinar Series**
  Digital Forensics 102, March 2017
- **ClearLaw Institute Webinar**
  Digital Forensics in Child Pornography Cases, March 2017
- **Envista Forensics: Singapore Webinar**
  Cell Phone Forensics for Claims Professionals, February 2017
- **Carolina Restoration Services**
  Digital Forensics for Claims Professionals, February 2017
- **ClearLaw Institute Webinar**

Cell Phone Forensics for Legal Professionals, January 2017

- **Georgia Public Defender Investigators Conference**
  Computer Forensics, January 2017
- **Tennessee Bar Association**
  Overview of Digital Forensics, December 2016
- **Tennessee Bar Association**
- Cell Phone Forensics, December 2016
- **CNA Insurance**
  Overview of Digital Forensics, November 2016
- **ClearLaw Institute Webinar**
- Computer and Cell Phone Evidence: Collecting, Preserving, and Challenging Digital Evidence, November 2016
- **The Missouri Bar Webinar**
  Cell Phone Forensics for Attorneys, November 2016
- **ClearLaw Institute Webinar**
  Cell Phone Forensics for Attorneys, October 2016
- **Guardian Digital Forensics: 2016 Webinar Series**
  Cell Phone Forensics, October 2016
- **Virginia State Bar 35th Annual Family Law Seminar – Norfolk, VA**
  Cell Phone Forensics in Family Law Cases, October 2016
- **Virginia State Bar 35th Annual Family Law Seminar – Richmond, VA**
  Cell Phone Forensics in Family Law Cases, October 2016
- **Virginia State Bar 35th Annual Family Law Seminar – Fairfax, VA**
  Cell Phone Forensics in Family Law Cases, October 2016
- **PT&C|LWG Global Webinar Series**
  Video Enhancement and Analysis: What Every Adjuster Should Know When Handling Fire Claims, September 2016
- **Guardian Digital Forensics: 2016 Webinar Series**
  Overview of Computer Forensics, September 2016
- **Ohio State Bar Association Forensics Conference**
  Digital Forensics for Legal Professionals – Part 1, August 2016
- **Ohio State Bar Association Forensics Conference**
  Cell Phone Forensics for Legal Professionals, August 2016
- **Ohio State Bar Association Forensics Conference**
  Digital Forensics in Child Pornography Case, August 2016
- **Tennessee Bar** Association
  Digital Forensics for Attorneys, August 2016
- **ClearLaw Institute Webinar**
  Computer and Cell Phone Evidence: Collecting, Preserving and Challenging, July 2016
- **Federal Bar Association Webinar**
  Digital Forensic for Legal Professionals, June 2016
- **North Carolina Defense Trial Lawyers Association**
  Digital Forensics for Attorneys, May 2016
- **North Carolina Defense Trial Lawyers Association**

Cell Phone Forensics for Attorneys, May 2016

- **National Defender Investigator Association National Conference**
  Digital Forensics in Child Pornography Cases, April 2016
- **National Defender Investigator Association National Conference**
  Audio, Photo, and Video Forensics, April 2016
- **Clear Law Institute Webinar**
  Computer and Cell Phone Evidence: Collecting, Preserving and Challenging, March 2016
- **The Missouri BAR**
  Digital Forensics for Legal Professionals Part 2, February 2016
- **Ohio State Bar Association**
  Digital Forensics for Legal Professionals Part 1, December 2015
- **Ohio State Bar Association**
  Cell Phone Forensics for Legal Professionals, December 2015
- **Ohio State Bar Association**
  Digital Forensics in Child Pornography Cases, December 2015
- **Ohio State Bar Association**
  Audio, Photo, and Video Forensics, December 2015
- **NCAST (North Carolina Attorneys for Science and Technology)**
  Tips and Insights: Digital Forensics, November 2015
- **Virginia State Bar - 34th Annual Family Law Seminar, Norfolk, VA**
  Social Media and Electronic Evidence in Family Law Cases, October 2015
- **Virginia State Bar - 34th Annual Family Law Seminar, Fairfax, VA**
  Social Media and Electronic Evidence in Family Law Cases, October 2015
- **Virginia State Bar - 34th Annual Family Law Seminar, Richmond, VA**
  Social Media and Electronic Evidence in Family Law Cases, October 2015
- **ClearLaw Institute Computer and**
  Cell Phone Evidence: A Small Firm Guide to Collecting, Preserving and Challenging Digital Evidence, October 2015
- **Michigan Federal Defender**
  Cell Phone Forensics for Legal Professionals, October 2015
- **Federal Bar Association**
  Cell Phone Forensics for Legal Professionals, September 2015
- **Tennessee Bar Association – Nashville, TN**
  Cell Phone Forensics for Legal Professionals, July 2015
- **N.C. Attorneys for Science & Technology CLE Boot Camp**
  Digital Forensics for Legal Professionals Part 1, May 2015
- **N.C. Attorneys for Science & Technology CLE Boot Camp**
  Cell Phone Forensics for Legal Professionals, May 2015
- **N.C. Attorneys for Science & Technology CLE Boot Camp**
  Digital Forensics in Child Pornography Cases, May 2015
- **N.C. Attorneys for Science & Technology CLE Boot Camp**
  Audio, Photo & Video Forensics, May 2015
- **N.C. Public Defenders & Investigators Spring Conference**
  Audio, Photo, and Video Forensics, May 2015

- **N.C. Public Defenders & Investigators Spring Conference**
  Digital Forensics in Murder Cases, May 2015
- **Iowa State Public Defenders**
  Digital Forensics for Attorneys – 1 Hour Overview, April 2015
- **Duke Law School Panel, Whiskey in the Courtroom**
  Using Cell Tower Evidence to Determine Suspect Location: Phone Records and StingRay Devices, March 2015
- **National Association of Public Defenders**
  Digital Forensics in Child Pornography Cases, March 2015
- **Federal Bar Association**
  Digital Forensics in Child Pornography Cases, February 2015
- **MyLawCLE, Orlando FL**
  Audio, Photo, and Video Forensics, January 2015
- **MyLawCLE, Orlando FL**
  Cell Phone Forensics for Legal Professionals, January 2015
- **Cook County Bar Association, Chicago IL**
  Digital Forensics for Legal Professionals, July 2014
- **Cook County Bar Association, Chicago IL**
  Cell Phone Forensics for Legal Professionals, July **2014**
- **Cook County Bar Association, Chicago IL**
  Photo, Video, and Audio Forensics for Attorneys, July 2014
- **Cook County Bar Association, Chicago IL**
  Digital Forensics in Child Pornography Cases, July 2014
- **Birmingham, AL Bar Association**
  Digital Forensics for Attorneys Part 1, April 2014
- **Birmingham, AL Bar Association**
  Digital Forensics for Attorneys Part 2, April 2014
- **Arkansas Bar Association**
  Digital Forensics for Attorneys Part 1, April 2014
- **Arkansas Bar Association**
  Digital Forensics for Attorneys Part 2, April 2014
- **Arkansas Bar Association**
  Cell Phone Forensics for Legal Professionals, April 2014
- **Durham County, NC Bar Association**
  Digital Forensics for Attorneys – 1 Hour Overview, February 2014
- **Georgia Capital Defender Training**
  Cell Phone Forensics for Legal Professionals, December 2013
- **Georgia Capital Defender Training**
  Cell Tower Technology Forensics, December 2013
- **IL Association of Criminal Defense Lawyers**
  Digital Forensics for Attorneys – 1 Hour Overview (Federal Defenders), November 2013
- **IL Association of Criminal Defense Lawyers Digital Forensics for Attorneys Part 1** (State Defenders), November 2013
- **IL Association of Criminal Defense Lawyers**

Digital Forensics for Attorneys Part 2 (State Defenders), November 2013

- **Montana Public Defenders Annual Training Conference**
  Cell Phone Forensics for Legal Professionals, October 2013
- **Montana Public Defenders Annual Training Conference**
  Cell Tower Technology Forensics, October 2013
- **Colorado State Public Defender Annual Fall Conference**
  Cell Phone Forensics for Legal Professionals, September 2013
- **Colorado State Public Defender Annual Fall Conference**
  Digital Forensics in Child Pornography Cases, September 2013
- **Colorado State Public Defender Annual Fall Conference**
  Digital Forensics in Murder Cases, September 2013
- **Colorado State Public Defender Annual Fall Conference**
  Digital Forensics for Attorneys Part 1, September 2013
- **Colorado State Public Defender Annual Fall Conference**
  Digital Forensics for Attorneys Part 2, September 2013
- **Rhode Island Bar Association Annual Meeting**
  Digital Forensics for Civil & Criminal Litigators (1.25 Hr Overview), June 2013
- **West Virginia Public Defender's Annual Conference**
  Cell Phone Forensics, June 2013
- **West Virginia Public Defender's Annual Conference**
  Audio, Photo, and Video Forensics, June 2013
- **Computer Enterprise Investigations Conference (CEIC)**
  Writing Expert Reports and Defending them in Court, May 2013
- **CPCS Annual Training Conference (Worcester, MA)**
  Overview of Digital Forensics and Cell Phone Forensics, May 2013
- **Oklahoma BAR Association**
  Digital Forensics for Legal Professionals Part 1, May 2013
- **Oklahoma BAR Association**
  Cell Phone Forensics for Attorneys, May 2013
- **Oklahoma BAR Association**
  Audio, Photo, and Video Forensics, May 2013
- **Oklahoma BAR Association**
  Digital Forensics in Child Pornography Cases, May 2013
- **South Carolina Commission on Indigent Defense Conference**
  Digital Forensics in Murder Cases, April 2013
- **Columbus (O.H.) Bar Association**
  Digital Forensics for Attorneys Part 1, April 2013
- **Columbus (O.H.) Bar Association**
  Digital Forensics for Attorneys Part 2, April 2013
- **District of Columbia Association of Criminal Defense Lawyers**
  Cell Phone Forensics for Legal Professionals, March 2013
- **District of Columbia Association of Criminal Defense Lawyers**
  Digital Forensics in Child Pornography Cases, March 2013
- **Illinois Association of Criminal Defense Lawyers**

Digital Forensics in Child Pornography Cases, March 2013

- **Spokane County (W.A.) Bar Association**
  Digital Forensics for Attorneys Part 1, February 2013
- **Spokane County (W.A.) Bar Association**
  Digital Forensics for Attorneys Part 2, February 2013
- **Spokane County (W.A.) Bar Association**
  Cell Phone Forensics, February 2013
- **Spokane County (W.A.) Bar Association**
  Audio, Photo & Video Forensics, February 2013
- **Idaho Law Foundation Annual Flagship CLE**
  Digital Forensics for Attorneys – 1 Hour Overview, January 2013
- **Idaho Law Foundation Annual Flagship CLE**
  Cellular Technology Forensics, January 2013
- **Idaho Law Foundation Annual Flagship CLE**
  Audio, Photo & Video Forensics, January 2013
- **Tennessee Investigators Conference**
  Digital Forensics in Murder Cases, October 2012
- **Tennessee Investigators Conference**
  Audio, Photo & Video Forensics, October 2012
- **Tennessee Public Defender Conference**
  Digital Forensics for Attorneys Part 1, October 2012
- **Tennessee Public Defender Conference**
  Digital Forensics for Attorneys Part 2, October 2012
- **Washington D.C. Public Defender Conference**
  Digital Forensics for Attorneys, September 2012
- **Washington D.C. Public Defender Conference**
  Audio, Photo & Video Forensics, September 2012
- **Virginia Indigent Defense Conference**
  Cellular Technology Forensics, September 2012
- **Martinsville, Virginia Public Defenders**
  Digital Forensics For Attorneys Part 1, July 2012
- **Martinsville, Virginia Public Defenders**
  Cellular Technology Forensics, July 2012
- **Martinsville, Virginia Public Defenders**
  Audio, Photo & Video Forensics, July 2012
- **Albany, New York County Bar Association**
  Digital Forensics for Attorneys Part 1, May 2012
- **Albany, New York County Bar Association**
  Digital Forensics for Attorneys Part 2, May 2012
- **Albany, New York County Bar Association**
  Cellular Technology Forensics, May 2012
- **Albany, New York County Bar Association**
  Digital Forensics In Child Pornography Cases, May 2012
- **Missouri State Public Defenders Spring Training Conference**

Audio, Photo & Video Forensics, May 2012

- **Missouri State Public Defenders Spring Training Conference**
  Cellular Technology Forensics, May 2012
- **Gloucester County Bar Association**
  Digital Forensics for Attorneys Part 1, May 2012
- **Gloucester County Bar Association**
  Digital Forensics for Attorneys Part 2, May 2012
- **Gloucester County Bar Association**
  Cellular Evidence Forensics, May 2012
- **Gloucester County Bar Association**
  Digital Forensics in Child Pornography Cases, May 2012
- **Gloucester County Bar Association**
  Audio, Photo & Video Forensics, May 2012
- **Gloucester County Bar Association**
  Digital Forensics in Murder Cases, May 2012
- **N.C. District Court Judges**
  Digital Forensics for Attorneys Part 1, March 2012
- **N.C. District Court Judges**
  Digital Forensics for Attorneys Part 2, March 2012
- **Winchester County Public Defenders**
  Digital Forensics for Attorneys Part 1, February 2012
- **Winchester County Public Defenders**
  Digital Forensics for Attorneys Part 2, February 2012
- **New Hanover Public Defenders' Conference**
  Digital Forensics for Attorneys Part 1, January 2012
- **New Hanover Public Defenders' Conference**
  Digital Forensics for Attorneys Part 2, January 2012
- **New Hanover Public Defenders' Conference**
  Cellular Evidence Forensics, January 2012
- **New Hanover Public Defenders' Conference**
  Digital Forensics in Child Pornography Cases, January 2012
- **Robinson, Bradshaw and Hinson, P.A.**
  Digital Forensics for Attorneys Part 1, December 2011
- **Robinson, Bradshaw and Hinson, P.A.**
  Digital Forensics for Attorneys Part 2, December 2011
- **NCAJ (North Carolina Advocates for Justice)**
  What is Available in e-Discovery and Digital Forensics, December 2011
- **Wake County Bar Association**
  Understanding Digital Forensics and E-Discovery, October 2011
- **Alexandria (Virginia) Public Defenders Office**
  Digital Forensics For Attorneys Part 1, August 2011
- **Alexandria (Virginia) Public Defenders Office**
  Digital Forensics For Attorneys Part 2, August 2011
- **Alexandria (Virginia) Public Defenders Office**

Cell Tower Technology and Tracking, August 2011

- **Alexandria (Virginia) Public Defenders Office**
  Cellular Evidence Forensics, August 2011
- **Alexandria (Virginia) Public Defenders Office**
  Digital Forensics in Child Pornography Cases, August 2011
- **Alexandria (Virginia) Public Defenders Office**
  Audio, Photo & Video Forensics, August 2011
- **Alexandria (Virginia) Public Defenders Office**
  Digital Forensics in Murder Cases, August 2011
- **Virginia Trial Lawyers Association (VTLA)**
  Cell Phone Forensics and Advanced Cell Phone Analytics, April 2011
- **The Research Triangle Paralegal Association**
  Digital Forensics for Legal Professionals, April 2011
- **William Mullins Law Firm**
  Understanding Digital Evidence and E-Discovery, March 2011
- **McGuire Woods Law Firm**
  Understanding Digital Evidence and E-Discovery, March 2011
- **Office of Counsel, Duke University**
  Understanding Digital Evidence and E-Discovery, March 2011
- **Research Triangle Paralegal Association: Domestic Abuse Seminar**
  Digital Forensics for Legal Professionals, February 2011
- **North Carolina Advocates for Justice (Webinar)**
  Photo and Video Forensics, February 2011
- **North Carolina Department of Transportation**
  Understanding Digital Evidence and E-Discovery, November 2010
- **K & L Gates Law Offices (Morrisville, NC)**
  Understanding Digital Evidence and E-Discovery, November 2010
- **K & L Gates Law Offices (Raleigh, NC)**
  Understanding Digital Evidence and E-Discovery, October 2010
- **Smith & Moore Law Offices (Greensboro, NC)**
  Understanding Digital Evidence and E-Discovery, October 2010
- **Smith & Moore Law Offices (Raleigh, NC)**
  Understanding Digital Evidence and E-Discovery, September 2010
- **Ellis & Winters Law Offices**
  Understanding Digital Evidence and E-Discovery, August 2010
- **Ragsdale Liggett Law Offices**
  Understanding Digital Evidence and E-Discovery, August 2010
- **Myers Bigel Law Office**
  Understanding Digital Evidence and E-Discovery, August 2010
- **Wyrick Robbins Law Offices**
  Planning a Successful E-Discovery Acquisition, June 2010
- **Wake-Raleigh Paralegal Conference, Raleigh NC**
  Digital Evidence and Investigation, October 2009