# Expert Testimony & Sworn Depositions

Lars Daniel, ENCE, CCO, CCPA, CIPTS, CTNS, CTA, CWA

## Expert Testimony

### 2024

- North Carolina v. James Wyatt
- United States v. Kumkio Martin

### 2023

- People v. Tsai Guang Yau Zhou

### 2021

- Jones v. Murray

### 2017

- United States v. Vandetta Redwood
- North Carolina v. Timothy Noble

### 2016

- Kansas v. Steven Strick
- Virginia v. Andrew Schmuhl

### 2015

- United States v. Daniel Chase Harris
- Virginia v. Charles Stanard Severance
- Massachusetts v. James Hoffman

### 2014

- Commonwealth of Virginia v. Steven Alan Davis
- North Carolina v. Juan Carlos Rodriguez
- United States v. Stephen Konn
- West Virginia v. Donald Medley
- North Carolina v. Harold Fletcher

DEFENDANT'S
EXHIBIT
B

### 2013

- North Carolina v. Thad MacMoran
- Geoghagan v. Geoghagan
- West Virginia v. Jamie Jones
- North Carolina v. Natasha Bates
- Colorado v. Shameek Lewis

### 2012

- North Carolina v. Tyler Storm
- Luckenbaugh v. Luckenbaugh
- Rudolph et al. v. Beacon Independent Living, LLC et al.

### 2011

- Cook v. Cook

### 2010

- North Carolina v. Kenneth Bryant Jr.

## Sworn Depositions

### 2026

- Jane Doe v. Flamingo Las Vegas Operating Company, LLC et al.

### 2025

- Tangco v. Universal City Studios LLC et al.

### 2022

- Estate of Aeriel Peifer and Estate of Johanna Capera Ruiz v. Knight-Swift Transportation Holdings, Inc.; Knight Transportation, Inc.; Knight Refrigerated, LLC; and Steven Downs

### 2018

- Jones v. Clark County, Kentucky

### 2016

- Angulo v. Ranger Construction

## 2015

- Florida v. Sean Bush
- Estate of Brown v. Governors Club

## 2013

- Carolina-Gulf Packaging, LLC v. Kreeb