# Eric M. Grabski

Senior Digital Forensic Examiner

Envista Forensics

5565 Centerview Drive, Suite 200, Raleigh, NC 27606

eric.grabski@envistaforensics.com 803.351.8240


Eric Grabski is a Senior Digital Forensic Examiner at Envista and specializes in call detail record analysis, cell site location analysis, and mobile device forensics. He holds certifications in telecommunications and mobile device forensics, such as Cellebrite Certified Operator, Cellebrite Physical Analyst, Certified Wireless Analyst, and Certified Telecommunications Network Specialist. Eric has testified as an expert witness 25 times including both State and Federal courts. Eric's testimony experience includes historical cell site location analysis, call detail record analysis, and mobile device forensics. Before his career at Envista, Eric worked in law enforcement as a Special Agent with the South Carolina Law Enforcement Division (SLED) where he was assigned to the State Surveillance and Intelligence Unit. Eric’s primary role with SLED was to conduct live and historical geolocation analysis to assist local and federal agencies in locating violent fugitives, missing and endangered persons, and missing children. During his tenure at SLED, Eric utilized pen register trap & traces, GPS location analysis, historical cell site location analysis, mobile device forensics, and social media records analysis to assist local and federal agencies on major cases. Eric has extensive training and experience in cell site location analysis and mobile device forensics. Eric also provides continuing legal education to attorneys and bar associations around the nation.

## Certifications

Cellebrite Certified Physical Analyst (CCPA)

Cellebrite Certified Operator (CCO)

Certified Telecommunications Network Specialist (CTNS)

Certified Wireless Analyst (CWA)

## Professional Organizations

The International Association of Computer Investigative Specialist (IACIS)

DEFENDANT’S EXHIBIT A

**Training Attended**

May 2025 – IACIS (36 Hours)

- Mobile Device Forensics

February 2021 - Envista Forensics (24 Hours)

- Radio Survey Techniques, Historical Cell Site Analysis and RF Theory

December 2020 - Cellebrite Learning Center (14 hours)

- Cellebrite Certified Operator

December 2020 - Cellebrite Learning Center (21 hours)

- Cellebrite Certified Physical Analyst

April 2020 - Teracom Training Institute (32)

- Certified Wireless Analyst

March 2020 - Teracom Training Institute (32)

- Certified Telecommunications Network Specialist

September 2019 - G3 Technologies (16 Hours)

- Radio Survey Techniques and RF Theory

May 2019 - Envista Forensics (24 Hours)

- Radio Survey Techniques, Historical Cell Site Analysis and RF Theory

November 2017 - PenLink (20 hours)

- PenLink PLX 101: Basic Analysis & Live Collection

June 2017 - FBI Child Abduction Rapid Deployment (CARD) Team (16 hours)

- Child Abduction Response Training

April 2017 - FBI Cellular Analysis Survey Team (CAST) (16 hours)

- Basic Historical Cell Site Analysis

February 2017 - Emerging Technology Support (ETS) (80 hours)

- Wireless Communications Theory
- Advanced Multi-Protocol Cell Site Analysis
- Advanced Call Detail Records Analysis

July 2016 PenLink (16 hours)

- Call Analysis Training School

**Professional Background**

October 2022 – Present - Envista Forensics, Senior Digital Forensic Examiner

May 2021 – October 2022 – Envista Forensics, Digital Forensic Examiner

May 2019 – May 2021 – Envista Forensics, Digital Forensic Analyst

April 2016 – May 2019 – Special Agent, South Carolina Law Enforcement Division (SLED)

August 2013 – April 2016 – Patrolman, University of South Carolina Division of Law Enforcement and Safety (USCDLES)