# Eric M. Grabski Testimony

**Testimony**

April 2024 – Louisiana vs. Joshua Willis – Lafayette Parish, LA – Cell Site Location Analysis

January 2024 – Maryland vs. Christopher Rather – Baltimore Co, MD – 18-0303096 – Cell Site Location Analysis

November 2023 – United States vs. Joshua Gilbert – United States District Court of Connecticut – 30:20-CR00058 – Cell Site Location Analysis, Mobile Device Forensics, Social Media Records Analysis

October 2023 – New Jersey vs. Joseph Ocasio and New Jersey vs. Marcus Wright – Essex Co, NJ – Cell Site Location Analysis

August 2023 – Ohio vs. Taquil Overby – Hamilton Co, OH – Cell Site Location Analysis

July 2023 – New Jersey vs. Hakim Brown – Essex Co, NJ – Cell Site Location Analysis

April 2023 – United States vs. Devante Glenn – United States District Court Northern District of Ohio – Cell Site Location Analysis & Mobile Device Forensics Analysis

April 2023 – North Carolina vs. Austin Jackson – Guilford Co, NC – 20 CRS 088477 – Timing Advance Records & Cell Site Location Analysis

November 2022 – New Jersey vs. Michael May – Essex Co, NJ – 1005541940 – Timing Advance Records & Cell Site Location Analysis

November 2022 – Roy Wayne Hill vs. Debra H. Stewart – Cullman Co, AL – CV-2019-900437 – Mobile Device Forensic Acquisition & Analysis

July 2022 – Commonwealth of Kentucky vs. Antonio Gaskin – Fayette Co, KY – 20-CR-00180 – Cell Site Location Analysis

April 2022 – United States vs. Louis Age, Jr, et al. – United States District Court Eastern District of Louisiana – 2:16-CR-00032-BWA-JVM – Cell Site Location Analysis

December 2021 – Illinois vs. Tremon Hill – Cook Co, IL – 19-CR-0209101 – Cell Site Location Analysis

July 2021 – South Carolina vs. Nathaniel Rowland – 5th Judicial Circuit Richland Co, SC – Cell Site Location Analysis

May 2021 – United States vs. Maurice Washington – United States District Court Northern District of Ohio – Cell Site Location Analysis

April 2021 – Missouri vs. Kylr Yust – Cass Co, MO – 120838 – Cell Site Location Analysis

December 2020 – United States vs. Giovanni Alvarez – United States District Court Northern District of Florida – 5:20CR26 – Cell Site Location Analysis

March 2020 – Maryland vs. Ronald Lewis – Baltimore Co, MD – 118351011 – Cell Site Location Analysis

February 2020 – United States vs. Demarco Fox – District of Columbia Superior Court – 2019-CF3-003594 – Cell Site Location Analysis

January 2020 – Montana vs. Gregory Green – Billings, MT – DC-19-429 – Cell Site Location Analysis

October 2019 – Commonwealth of Kentucky vs. Dawan Mulazim – Fayette Co, KY – 15-CR-592-003 – Cell Site Location Analysis

April 2019 – South Carolina vs. James Ginther – 3rd Judicial Circuit Sumter Co, SC – 2017A4310101063 – Cell Site Location Analysis

March 2018 – South Carolina vs. Aneisha Young – 14th Judicial Circuit Ridgeland, SC – 2016A27220200067 – Cell Site Location Analysis

**<u>Depositions</u>**

April 2022 – Taiwo Olubajo vs. Providence Rehab – Philadelphia, PA – Cell Site Location Analysis

December 2020 – Rodriguez, Donna as PR of the Estate of Mickeala Rodriguez vs. Jeffrey Harvey, et al. – Tampa, FL – Cell Site Location Analysis & Mobile Device Forensics