# Spencer J. McInvaille

Vice President of Digital Forensics

Envista Forensics

5565 Centerview Drive, Suite 200, Raleigh, NC 27606

spencer.mcinvaille@envistaforensics.com - 984.297.5158 - www.envistaforensics.com

Spencer McInvaille is the Vice President of Digital Forensics at Envista, where he leads and manages the firm's digital forensics practice. In this role, Spencer is responsible for strategic oversight, examiner development, and day-to-day operations while continuing to work on complex, high-stakes litigation matters.

Spencer specializes in geolocation forensics and mobile device forensics, with extensive experience in historical cell-site location analysis, Global Positioning System (GPS) data, and Google geofence investigations. He has qualified and testified as an expert witness more than 50 times in State and Federal courts across the United States, providing expert testimony on mobile device forensics and geolocation evidence.

He holds multiple telecommunications and mobile device forensics certifications, including Cellebrite Certified Operator (CCO), Cellebrite Physical Analyst (CPA), Certified Wireless Analyst (CWA), and Certified Telecommunications Network Specialist (CTNS).

Prior to joining Envista, Spencer served as a Violent Crime Investigator in South Carolina, where he helped establish his agency's cell-site location and mobile device forensics capabilities. Since then, he has continued to expand his expertise through advanced training and hands-on experience in geolocation and mobile device forensics.

As Director, Spencer leads a team of digital forensic examiners with expertise across a wide range of digital forensic disciplines, including mobile device forensics, computer forensics, cloud-based data analysis, geolocation forensics, historical cell-site location analysis, GPS data, vehicle infotainment systems, social media and application data, internet, video and image enhancement and analysis. He oversees workflow, quality control, and examiner development while ensuring that all forensic analyses are conducted using sound methodologies and follow forensic best practices. Spencer balances technical leadership and operational management while continuing to maintain a caseload of complex litigation matters.

## Certifications

Cellebrite Certified Physical Analyst (CCPA)

Cellebrite Certified Operator (CCO)

Certified Telecommunications Network Specialist (CTNS)

Certified Wireless Analyst (CWA)

DEFENDANT'S EXHIBIT

A

**Professional Organizations**

The International Association of Computer Investigative Specialists (IACIS)

**Training Attended**

April 2024 Belkasoft Android Analysis (8 Hours)

March 2024 Cellebrite Learning Center (16 Hours)

- Cellebrite Certified Physical Analyst (re-certification)
- Cellebrite Certified Operator (re-certification)

January 2022 Cellebrite (16 Hours)

- Advanced Mobile Device Extraction

February 2021 Envista Forensics (24 Hours)

- Radio Survey Techniques, Historical Cell Site Analysis, and RF Theory

February 2021 Cellebrite Learning Center (16 Hours)

- Cellebrite Certified Physical Analyst (re-certification)
- Cellebrite Certified Operator (re-certification)

September 2019 G3 Technologies (16 Hours)

- Radio Survey Techniques and RF Theory

May 2019 Envista Forensics (24 Hours)

- Radio Survey Techniques, Historical Cell Site Analysis, and RF Theory

March 2019 Envista Forensics (32 Hours)

- Global Positioning System Technology and Records Analysis

August 2018 Cellebrite Learning Center (21 Hours)

- Cellebrite Certified Physical Analyst

May 2018 Cellebrite Learning Center (14 Hours)

- Cellebrite Certified Operator

April 2018 Cellebrite Learning Center (7 Hours)

- Cellebrite Certified Physical Analyst

July 2017 Guardian Digital Forensics (70 Hours)

- Historical Cell Site Analysis

July 2017 Teracom Training Institute (20 Hours)

- Certified Telecommunications Network Specialist

June 2017 Teracom Training Institute (10 Hours)

- Certified Wireless Analyst

May 2017 Nation Criminal Justice Training Center, Fox Valley Technical College (5 Hours)

- Seizing Mobile Devices
- Peer to Peer File Sharing Investigations
- BitTorrent
- Understanding Wireless Networks

May 2017 National White Collar Crime Center (6.25 hours)

- CS100 – Intro to Computer Networks
- CI103 – Cell Phone Investigations
- CI 141 – Encryption
- CI155 – Online Undercover
- CI157 – Mobile Device and GPS

April 2016 Public Agency Training Counsel (40 Hours)

- +SMART – Cell site analysis and mobile device forensics

April 2015 Public Agency Training Counsel (17.5 Hours)

- Homicide and Violent Crimes Investigation

**Professional Background**

October 2026 - Present - Envista Forensics, Vice President

June 2025 – October 2026 – Envista Forensics, Director

May 2022 – June 2025 - Envista Forensics, Technical Lead

May 2018 – May 2022 – Envista Forensics, Digital Forensic Examiner

May 2017 – May 2018 – Envista Forensics, Digital Forensic Technician

December 2016 – May 2017 – South Carolina Crimes Against Children Task Force (ICAC) Lancaster County Sheriff's Office

October 2013 – May 2017 - Violent Crime Investigator and Digital Forensic Examiner, Lancaster County Sheriff's Office

August 2012 – October 2013 – Patrol Sergeant, Lancaster County Sheriff's Office

June 2011 – August 2012 – Patrol Deputy, Lancaster County Sheriff's Office

February 2009 – June 2011 – Correctional Officer, Lancaster County Sheriff's Office

**Expert Testimony**

August 2026 North Carolina vs. Jeanie Ditty - Cumberland County - 16crs53838 - Historical Cell Site Location Analysis

March 2026 US vs. Christopher Martin - United States District Court, Northern District Texas - 26-0132 - Mobile Device Forensics

March 2025 Maryland vs. Andre Riggs – Maryland Circuit Court, Anne Arundel, MD – C-02-CR-23-001889 – Google Location History and Google Geofence

November 2024 James Doe vs Jane Roe – North Carolina Superior Court, Durham, NC – 23-CVS-3191 – Mobile Device Forensics

October 2024 California vs. Brian Acosta - Superior Court of California, San Diego – SCD298011 – Google Geofence

May 2024 California vs. Abraham Gomez – Superior Court of California, San Diego – SCN426579 – Google Location History and Google Geofence

April 2024 Elmer Kellar vs. Union Pacific Railroad Company – United States District Court, Eastern District of Louisiana – 2:21:-2045 - Mobile Device Forensics & Google Account/Location History

April 2024 South Carolina vs. Arkevus Cauthen – Lancaster County – 2016-GS29-01254 – Mobile Device Forensics & Historical Cell Site Analysis

February 2024 North Carolina vs. Devin Driscoll-Tillman – Wake County – 22 CR 209640 – Mobile Device Forensics

November 2023 North Carolina vs. Leondra Perry-Yarborough – Wake County – 19 CRS 203721 – Historical Cell Site Analysis

September 2023 United States vs. Silvia Fuentes – United States District Court, Eastern District of Oklahoma – 21-MJ-202-KEW – Google Location History & Google Geofence

August 2023 North Carolina vs. Curtis Atkinson – Mecklenburg County – 17CRS212358 – Mobile Device Forensics

July 2023 Carpentino vs. United States – United States District Court of New Hampshire - 19-CV-237-PB – Historical Cell Site Analysis

May 2023 United States vs. Kevin Coles *etal* – United States District Court, Middle District of Pennsylvania – 1:16-CR-00212 – Google Location History, Historical Cell Site Analysis, & Mobile Device Forensics

May 2023 North Carolina vs. Terrelle Andrews – Johnston County – Google Keyword Search Warrant & Google Geofence

January 2023 United States vs. Jamarr Smith *etal* – United States District Court, Northern District of Mississippi – 3:21-CR-107-SA – Google Geofence

January 2023 United States vs. Scott Carpenter Jr – United States District Court, Middle District of Florida – 8:21cr309VMCMRM – Google Geofence

**Expert Testimony *cont.***

November 2022 Florida vs. Danny Beard – Duval Co, Florida – 2018-CF-12766 – Google Geofence

October 2022 North Carolina vs. Clifton Spellman – Wake County, North Carolina – 17 CRS 220601 – Mobile Device Forensics

August 2022 North Carolina vs. JJC – Wayne County (Juvenile) – Global Positioning System Data

June 2022 Rand et al vs. Jason Sauer – Circuit Court of St. Louis – 20SL-CC00536 – Historical Cell Site Analysis

May 2022 California vs. Laquan Dawes – Superior Court of San Francisco – 19002022 – Google Geofence

March 2022 North Carolina vs. Lester Kearney – Warren County – 18 CRS 50136 - Mobile Device, Global Positioning System, Google Location History & Historical Cell Site

March 2022 North Carolina vs. Javonta Wiliams – Wake County - 19 CRS 1597 – Global Positioning System Data

February 2022 South Carolina vs. Luther Smith *etal* – Orangeburg – 2016A3810700635 – Mobile Device Forensics & Historical Cell Site Analysis

January 2022 Michigan vs. David Baumeister – Sanilac Co. - 20-8021-FH – Mobile Device Forensics

December 2021 North Carolina vs. Kedrick Thomas – Wake County – 19CRS221093 – Global Positioning System Data

December 2021 United States vs. Cabral DaRosa – United States District Court, Western District of North Carolina – 3:21-CR-8 – Historical Cell Site Analysis

October 2021 California vs. Laquan Dawes – Superior Court of San Francisco – 19002022 – Google Location History

May 2021 North Carolina vs. Lester Kearney – Warren County - 18 CRS 50136 – Mobile Device Forensics and Historical Cell Site Analysis

May 2021 United States vs. Enil Ramon Montoya-Valasquez – United States District Court, Eastern District of North Carolina – 7:18 CR00144 – Mobile Device Forensics

April 2021 California vs. Daniel Meza – Superior Court, County of Los Angeles – TA150314-01 - Google Location History & Google Geofence

March 2021 United States vs. Okello Chatrie – United States District Court, Eastern District of Virginia – 3:19-CR-130 - Google Location History & Google Geofence

**Expert Testimony *cont.***

February 2021 Texas vs. S.R. (Juvenile) – Travis Co. – PID 96608 S.R. – Mobile Device Forensics

March 2020 North Carolina vs. Jeanie Ditty – Cumberland County – 16 CR 53838 - Historical Cell Site Analysis

January 2020 United States vs. Okello Chatrie – United States District Court, Eastern District of Virginia – 3:19-CR-130 Google Location History, Google Geofence & Mobile Device Forensics

October 2019 Maryland vs. Steven Terrell Branch – CT190516X – Historical Cell Site Analysis

June 2019 People of Illinois vs. Antawan Arnold – Cook County – File no. 17 CR 0035001 Historical Cell Site Analysis

December 2018 State v. Carlos Menjivar – Monmouth Co, NJ – Indictment no. 15-00762 Historical Cell Site Analysis

November 2018 People of Illinois vs. Courtney Watson – Cook County – File No. 14CR13318 Mobile Device Forensics

November 2018 The Estate of Eugene Rotberg, by and through its Administrator, Diane Rotberg vs. Russel Grant Rutledge Commercial, LLC – Durham County, NC – Case No. 16 CVS 4138 Mobile Device Forensics

September 2018 Commonwealth of Virginia vs. Roy Peters Jr. – Alexandria – Case No. CF17000236 Historical Cell Site Analysis & Mobile Device Forensics

September 2018 Commonwealth of Virginia vs. Roy Peters Jr. – Alexandria – Case No. CF17000236 Historical Cell Site Analysis – Pre-Trial Evidence Hearing

May 2018 Yurik vs. Yurik – Superior Court of NJ, Chancery Division – Docket No. FM-18-536-09 Historical Cell Site Analysis

March 2018 South Carolina vs. Ronald Davis – Laurens County – Case No. 2016A3010200117 Historical Cell Site Analysis

January 2018 Minnesota vs. Alin Ali Abdulle – Olmstead County – File No. 55-CR-16-8409 Historical Cell Site Analysis

November 2017 North Carolina vs. Stanley Demon Dowd – Wake County – File No. 15CRS226392 Historical Cell Site Analysis

**Depositions**

December 2024 Kellar vs. Union Pacific Railroad Company – US District Court Eastern District of Louisiana – 21-2045 – Mobile Device Forensics, Google Location History

October 2023 Julio C. Chavez Ensaldo vs. Ryan W. Robinson and Goodyear Tire - 21CV11218 – Mobile Device Forensics and Call Detail Record Analysis

August 2022 Florida vs. Danny Beard – Duval Co, Florida – 2018-CF-12766 – Google Geofence

June 2022 Rand et al vs. Jason Sauer – Circuit Court of St. Louis – 20SL-CC00536 – Historical Cell Site Analysis

March 2022 Donald Roundtree vs. A.L. Helmcamp, Inc., AWP Inc. d/b/a Area Wide Protective, and Larry Miller – Madison, TX – 20-046, Cause 20-16817 – Historical Call Detail Record Analysis

March 2022 Greer vs. Adem, et al. – St. Francis Missouri – 18SF-CC00150 – Google Location History

January 2022 Parks vs. Ekstrom and D Benton Inc – Wayne County, North Carolina – 21 CVS 6 – Call Detail Record Analysis

November 2021 Watson v. Vidant Bertie, et al – North Carolina – Mobile Device Forensics

April 2021 Michael Ingrasselino, et al. vs. Michael Foligno, et al. – BER-L-1051-19 – Global Positioning System Data

November 2018 John Moya and Rosanne Marquez vs. David Juarez and Triad Isotopes – Corpus Christie, TX – Case No. 2015-CCV-62047-2
Historical Cell Site Analysis

June 2018 Florida vs. Randy Crone – Lee County – Case No. 16-CF-000557-(MOS)(JDM)
Historical Cell Site Analysis

March 2018 The Estate of Eugene Rotberg, by and through its Administrator, Diane Rotberg vs. Russel Grant Rutledge Commercial, LLC – Durham County, NC – Case No. 16 CVS 4138
Mobile Device Forensics

**<u>Publications</u>**

*Your iPhone Knows Where You've Been: Frequent Location Data* – Envista Forensics Blog – September 2025

*Not Just Who, But How: Elevating Legal Strategy with Digital Evidence* – Envista Forensics Blog – July 2025

*Silent Testimony: Leveraging iOS KnowledgeC Data to Uncover Device Usage* – Envista Forensics Blog – July 2025

*Breaking Locks: Envista Forensics Can Unlock Cellphones* – Envista Forensics Blog – October 2023

*Don't Phone It In* – Claims Litigation Magazine – October 2022

*Don't Geofence Me In* – Envista Forensics Blog – June 2021

*Are There Really Flaws in Cell Phone Location Evidence* – Envista Forensics Blog – October 2019

*Call Detail Records: The Super Phone Bill* - Envista Forensics Blog - February 2019